UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES                              :          <u>**ELECTRONICALLY FILED**</u>

     -v.-                              :          S2 07 Cr. 115 (AKH)

ABDUL TAWALA IBN ALI ALISHTARI,            :
    a/k/a "Michael Mixon,"
                                           :
                     Defendant.
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>DECLARATION OF JOHN P. CRONAN</u>

John P. Cronan, pursuant to 28 U.S.C. § 1746, declares the following under penalty of perjury:

1.        I am an Assistant United States Attorney in the office of Lev L. Dassin, Acting United States Attorney for the Southern District of New York.  I am one of the prosecutors assigned to this matter and am familiar with the proceedings herein.  I make this declaration in support of The Government's Memorandum Of Law In Opposition To The Defendant's Motion In Limine.

2.        Attached hereto as Exhibit A is a true and correct copy of the trial testimony of Evan Kohlmann in *United States* v. *Oussama Abdullah Kassir*, 04 Cr. 356 (JFK), before The Honorable John F. Keenan on April 21, 2009.

3.        Attached hereto as Exhibit B is a true and correct copy of the trial testimony of Evan Kohlmann in *United States* v. *Oussama Abdullah Kassir*, 04 Cr. 356 (JFK), before The Honorable John F. Keenan on April 22, 2009.

4.        Attached hereto as Exhibit C is a true and correct copy of the Opinion and

Order in *United States* v. *Syed Haris Ahmed et al.*, 1:06-cv-0147-WSD (N.D. Ga.), issued by The Honorable William S. Duffey, Jr., on or about June 1, 2009.

       5.     Attached hereto as Exhibit D is a true and correct copy of the testimony of Evan Kohlmann in *United States* v. *Uzair Paracha*, 03 Cr. 1197 (SHS) (S.D.N.Y.), at the *Daubert* hearing before The Honorable Sidney H. Stein on November 2, 2005.

       6.     Attached hereto as Exhibit E is a true and correct copy of the testimony of Evan Kohlmann in *United States* v. *Syed Haris Ahmed et al.*, 1:06-cv-0147-WSD (N.D. Ga.), at the *Daubert* hearing before The Honorable William S. Duffey, Jr., on or about May 20, 2009.


Dated:       July 28, 2009
             New York, New York

                     LEV L. DASSIN
                     Acting United States Attorney for the
                     Southern District of New York


               By:     /s/ John P. Cronan
                     JOHN P. CRONAN
                     Assistant United States Attorney
                     1 St. Andrew's Plaza
                     New York, New York  10007
                     Tel.: (212) 637-2779
                     Fax: (212) 637-0097