638

94lWkas1

1    UNITED STATES DISTRICT COURT
1    SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
2
3    UNITED STATES OF AMERICA,
3
4                 v.                          04 CR 356 (JFK)
4
5    OUSSAMA ABDULLAH KASSIR,
5    a/k/a "Abu Abdullah,"
6    a/k/a "Abu Khadija,"
7                      Defendant.
7
8    ------------------------------x
8
9                                        New York, N.Y.
9                                        April 21, 2009
10                                       10:10 a.m.
10
11
11   Before:
12
13                      HON. JOHN F. KEENAN,
14
14                                       District Judge
15
15
16                         APPEARANCES
16
17   LEV L. DASSIN
17        Acting United States Attorney for
18        the Southern District of New York
18   MICHAEL FARBIARZ
19   ERIC BRUCE
19        Assistant United States Attorneys
20
20   DAY PITNEY,  LLP
21        Attorneys for Defendant
21   EDGARDO RAMOS
22        -and-
22   MARK DeMARCO
23
24   ALSO PRESENT:
25   SIMA NABULSI, Interpreter (Arabic)
25   FOUAD ELSHIEKH, Interpreter (Arabic)
                 SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

689

94L3KAS4

```
 1                         AFTERNOON SESSION
 2                            2:20 p.m.
 3              (In open court; jury present)
 4              THE COURT:  Good afternoon, everyone.  Your first
 5    witness, please.
 6              MR. BRUCE:  Thank you, your Honor.  The government
 7    calls Evan Kohlmann.
 8              THE COURT:  All right.  Good afternoon, Mr. Kohlmann.
 9    Mr. Kohlmann, before you're sworn I am going to tell you that
10    like very good football teams, some of the lawyers scout
11    people, some of the court reporters do too.  Would you speak
12    slowly.  You have a reputation of speaking somewhat quickly.
13    So take your time and speak nice and loud.
14              THE WITNESS:  Of course, your Honor.  Thank you very
15    much.
16              THE COURT:  That's not intended in way to disparage
17    you but be sure you speak slowly.  Swear the witness, please.
18              (Witness sworn)
19              THE DEPUTY CLERK:  State your full name and spell your
20    name for the record.
21              THE WITNESS:  Yes.  My name is Evan F. Kohlmann.
22    E-V-A-N F K-O-H-L-M-A-N-N.
23     EVAN F. KOHLMANN,
24         called as a witness by the Government,
25         having been duly sworn, testified as follows:
                   SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300
```

690

94L3KAS4

1    DIRECT EXAMINATION
2    BY MR. BRUCE:
3    Q.  Mr. Kohlmann, how old are you?
4    A.  I'm 30 years old.
5    Q.  Do you have a college degree?
6    A.  Yes, I do.
7    Q.  Where did you do your undergraduate study?
8    A.  I did my undergraduate studies at the Edmund A. Walsh
9    School of Foreign Service at Georgetown University in
10   Washington D.C.
11   Q.  Can you tell us briefly what the focus of the curriculum is
12   at the Georgetown School of Foreign Study?
13   A.  Yes.  The focus of the curriculum at Georgetown, at the
14   SFS, is international relations and international foreign
15   policy.
16   Q.  What is your degree in?
17   A.  My specific degree is in international politics with a
18   focus on international security studies.
19   Q.  Do you have a minor or the equivalent of a minor from
20   Georgetown?
21   A.  I have the equivalent of a minor.
22   Q.  Can you explain what that is.
23   A.  Yes.  At Georgetown University, the school offers students
24   at the School of Foreign Service an opportunity to pursue
25   particular areas of study that the school specializes in.  One

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

94L3KAS4                         Kohlmann - direct
 1   of those areas is Islam and Muslim Christian understanding.
 2   Georgetown has a specific school that's known as the Prince Al
 3   Waleed Bin Talal Center for Muslim Christian Understanding.  I
 4   have a degree in Islam and Muslim Christian understanding, a
 5   certificate degree, from the SMCU.
 6   Q.  Thank you.  Did you do an honors thesis before you
 7   graduated?
 8   A.  Yes, I did.
 9   Q.  Briefly what was that about?
10   A.  The title of my honors thesis which was in international
11   politics at Georgetown, was The Legacy of the Arab Afghans, A
12   Case Study.
13   Q.  Do you have a graduate degree, sir?
14   A.  Yes, I do.
15   Q.  What is your graduate degree?
16   A.  I have a juris doctorate, or a J.D. in law from the
17   University of Pennsylvania Law School.
18   Q.  Are you familiar with something called The Investigative
19   Project?
20   A.  Yes.
21   Q.  Can you tell us what that is?
22   A.  The investigative project is a Washington D.C. based think
23   tank and counter-terrorism policy group which was founded in
24   approximately 1995 by a former CNN journalist.
25   Q.  When you say think tank, what does that mean?

692

94L3KAS4                      Kohlmann - direct

1   A.   A think tank is an organization which conducts non-profit
2   research into particular policy areas which are relevant either
3   to legislatures or to law enforcement or others in government.
4   The idea here is that we have a group of people whose job it is
5   to think and to reason on specific issues that most people,
6   there isn't simply money to pay for that kind of research, even
7   though it may be relevant in many different areas.
8   Q.   Did you work there?
9   A.   Yes, I did.
10  Q.   From when to when did you work there?
11  A.   I began working at The Investigative Project in
12  approximately January of 1998.  And I left The Investigative
13  Project in December of 2003.
14  Q.   What was your title when you left The Investigative
15  Project?
16  A.   My title when I left The Investigative Project was senior
17  terrorism analyst.
18  Q.   Can you briefly describe for us what you did as a senior
19  terrorism analyst at that association?
20  A.   Yes.  It was my job working at The Investigative Project to
21  collect open source research on terrorist organizations,
22  terrorist leaders and terrorist recruitment strategies, among
23  other things, including terrorist financing.  And then to take
24  that open source research and distill that down into
25  Congressional testimonies, unclassified memorandum, newspaper

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

94L3KAS4                          Kohlmann - direct

1    articles, news stories on television, anything that would help
2    policy makers, academics, law enforcement, anyone with an
3    interest in this learn more about this subject.
4    Q.  Are you currently employed?
5    A.  Yes.
6    Q.  How are you currently employed?
7    A.  At present I run a small business, a consulting firm, which
8    provides terrorism research services.
9    Q.  How long have you run this consulting firm?
10   A.  I have run this firm since approximately January of 2004.
11   Q.  Do you operate a Web site?
12   A.  Yes, I do.
13   Q.  What's your Web site?
14   A.  The Web site from my consulting firm is known as
15   Globalterroralert.com.
16   Q.  How would you describe your Web site?
17   A.  My Web site is specifically labeled as an information
18   clearing house for policy makers, academics and law
19   enforcement.  The idea behind setting up the Web site was to
20   allow others to get a look at the research that I'm doing
21   presently, and also to get a look at the nuts and bolts of
22   terrorism and counter-terrorism.  Some of the original
23   documents, the original videos, the original materials that
24   help researchers get a better idea about what's really going on
25   inside these organizations and between various different

694

94L3KAS4                        Kohlmann - direct

1    leaders of the organizations.
2    Q.  What kind of services do you provide in your current
3    consulting firm?
4    A.  Well, number one, I provide research in terms of I turn up
5    original information, original pieces of evidence that are
6    necessary, whether it is audio recordings or video recordings
7    or communiques.  I have a massive database where I collect all
8    this material.  And then eventually, if I'm asked, then I take
9    this material, and I either combine it with other evidence that
10   I'm handed, or else I simply distill this into an expert
11   report, a report that breaks down the various pieces of
12   research that I collected and comes to a conclusion based upon
13   that research.
14   Q.  You mentioned before that you work with open sources.  What
15   are they?
16   A.  Open sources are the opposite of classified sources.
17   Classified sources would be gathered by intelligence agencies
18   or intelligence agents in the field.  It's not public.  I deal
19   with different kinds of research.  I deal with information that
20   is open.  That is public.  That is non-classified.  In fact, it
21   may be from sources that are available to almost anyone.  But
22   in some cases these sources are very difficult to get at.  You
23   have to know how to approach the source or you have to know how
24   to reach the source in order to get the information.
25              One of the things that I specialize in is reaching the

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

94L3KAS4                         Kohlmann - direct

1    sources of this information, getting this information, and then
2    handing it over to people who it would be useful to.
3    Q.  Can you give us some examples of different open sources
4    that you work with?
5    A.  Yes, of course.  There are different types of sources, of
6    open sources.  There are better sources and there are worse
7    sources.  The best kind of source is known as a primary source.
8    That would be if I personally go out and I interview the leader
9    of a militant organization of a terrorist organization or
10   someone who has been recruited by that group.  If I go out and
11   I personally witness an act of terrorism occurring.
12           Now, those kind of sources are not always available,
13   especially in the world of terrorism, so we have to move on to
14   other open sources as well.  Another open source, type of open
15   source that I rely on is known as a secondary source.  This
16   would be a video recording or an audio recording of the
17   commander of a terrorist organization, or a communique issued
18   by that group, or a video of its training camp.  It may not be
19   the same thing as actually being there and seeing it live, but
20   certainly if you have a video recording evidence of something,
21   if you have an audio recorded statement from someone, you can
22   pretty much be sure that that person did say it.  Especially if
23   it comes from an authentic source.
24           Even then, there's other open sources as well.
25   Sometimes in order to add extra detail to the kind of research

696

94L3KAS4                    Kohlmann - direct
1   we're doing, we'll go to magazines or newspapers, if they are
2   authentic, if they're credible, and we'll use them to help
3   flesh out detail.  Obviously newspapers, magazines, those are
4   not as reliable as primary or secondary sources.  But they are
5   interesting and they are helpful to get us -- for us to get a
6   better understanding of not just what the organizations and the
7   leaders of the groups are saying, but how others view them as
8   well.
9   Q.  Have you personally gone and interviewed leaders of
10  terrorist organizations?
11  A.  Yes.
12  Q.  What type of product do you produce in your consulting
13  firm?
14  A.  Well, again, I generally produce -- I take original
15  sources, and I provide those original sources, but then the
16  point of what I'm doing is to provide expert analysis.  So I'm
17  asked to then review these various different items and distill
18  this down into an expert report, where I cover the significance
19  of the various different items, what they mean, and what
20  conclusions can be drawn.
21  Q.  Can you tell us just a sampling of the U.S. government
22  agencies that you've worked with?
23  A.  Yes.  Sure.  I've worked with the United States Department
24  of Defense; I worked with the United States Department of
25  Justice; I've worked with the Federal Bureau of Investigation;
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

697

94L3KAS4                        Kohlmann - direct
1  I've worked with the National Counter-terrorism Center; I've
2  worked with the United States Department of Treasury; the
3  Department of Homeland Security; the Internal Revenue Service.
4  Q.  Can you give us some examples of international agencies
5  that you've work with?
6  A.  Yes.  I work on a regular basis with the SO15
7  counter-terrorism command at New Scotland Yard in London.  I
8  also work with the Crown Prosecution Service in the United
9  Kingdom.  I work with the Danish Intelligence Service, PET.  I
10  work with the Australian Federal Police.  I work with the
11  Commonwealth Prosecutors Office in Australia.  I work with
12  international prosecutors in Bosnia and at the Hague.  Yeah.
13  Q.  Currently, what is the focus, which organization is the
14  focus of majority of your work?
15  A.  In terms of terrorist organizations?
16  Q.  Correct.
17  A.  The primary organization is al Qaeda and its various
18  different international affiliates.
19  Q.  Do you know Arabic, Mr. Kohlmann?
20  A.  Not fluently, although in order to study Islam you have to
21  learn some Arabic because much of Islam is based upon the
22  Arabic language.
23  Q.  In addition to your consulting work, do you do any work
24  with media organizations?
25  A.  Yes.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

698

94L3KAS4                          Kohlmann - direct

1    Q.  Can you explain.
2    A.  I work as an on air analyst for NBC News, MSNBC.  As part
3    of my role with them, I'm expected to, number one, provide
4    original documents relating to terrorism, so if the latest Bin
5    Laden video comes out, I'm often the one that NBC goes to to
6    find out what's being said in the video.  In addition, I
7    actually go on air and I discuss events that are occurring
8    live.  Different news stories, investigative news stories that
9    NBC is doing, etc.
10   Q.  During the course of your career, have you written any
11   books or articles?
12   A.  Yes.
13   Q.  Can you explain what books you've written?
14   A.  Yes.  In 2004, I published a book in London titled Al
15   Qaeda's Jihad in Europe, the Afghan Bosnia Network.
16   Q.  Can you just estimate for us how many articles you've
17   written over the years?
18   A.  Dozens.  I publish many articles on a regular basis, both
19   through the clients that I work for and also through other
20   organizations.  Like, for instance, West Point here in New York
21   produces a magazine known as the West Point Counter-terrorism
22   Center Sentinel Magazine.  I write articles for that, various
23   other publications.
24   Q.  Do you also do work with any non-profit organizations?
25   A.  Yes.

699

94L3KAS4                         Kohlmann - direct
1    Q.   Which one?
2    A.   I work as a senior analyst on behalf or -- excuse me, a
3    senior investigator on behalf of an organization known as NEFA,
4    9/11 finding answers.
5    Q.   Can you tell us what the focus of that group is?
6    A.   The focus of NEFA is similar to what The Investigative
7    Project does.  It is a non-profit group which was founded to
8    help support non-profit counter-terrorism research.  The
9    purpose of which is to provide this research to policy makers,
10   academics, other non-profit organizations, law enforcement,
11   international government, again, whoever can benefit from it.
12   Q.   Now, have you been retained as an expert witness prior to
13   this case?
14   A.   Yes.
15   Q.   In those instances, did you work as a consultant with the
16   U.S. government or as a testifying expert witness?
17   A.   Well, in the cases where I've been hired by the U.S.
18   government, I've actually been hired for both purposes.
19   Q.   What types of things did you do as a consultant when you
20   didn't end up testifying?
21   A.   Everything from interviewing cooperating defendants,
22   reviewing evidence, reviewing trial strategies, assessing the
23   significance of particular facts in cases, also reviewing
24   computer evidence.
25   Q.   Have you ever testified as a fact witness?
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

94L3KAS4                        Kohlmann - direct

1    A.  Yes.
2    Q.  How many times roughly have you testified as a fact witness
3    on behalf of the government?
4    A.  On behalf of the U.S. government?
5    Q.  Correct.
6    A.  I exclusively testified as a fact witness in one case on
7    behalf of the U.S. government.  However, very frequently there
8    are aspects of my testimony which delve into factual testimony.
9    Q.  How many times have you been admitted to testify as an
10   expert witness in federal district court like this one?
11   A.  Prior to this occasion I've been admitted 11 times.
12   Q.  Generally speaking, what were some of the subject matters
13   that you testified about in those 11 trials?
14   A.  Al Qaeda, al Qaeda recruitment, history of al Qaeda,
15   history of Lashkar-e-Taiba, Internet research with regards to
16   terrorist organizations, internet Web sites used by terrorist
17   organizations, propaganda and recruitment strategies used by
18   terrorist organizations.
19   Q.  Have you also testified as an expert in any military
20   commission trials?
21   A.  Yes.
22   Q.  Where were those?
23   A.  I've testified in two trials in the Guantanamo Bay military
24   tribunals.
25   Q.  Have you testified as an expert in any international

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

94L3KAS4                          Kohlmann - direct
1   courts?
2   A.  Yes.
3   Q.  How many times have you done that?
4   A.  I have testified I believe nine times in international
5   courts.
6   Q.  Can you give us say three examples of the courts you've
7   appeared in?
8   A.  Sure.  I've testified in front of the Supreme Court of
9   Bosnia Herzegovina in Sarajevo.  I've testified in front of the
10  Supreme Court of New South Wales in Sydney, Australia.  I've
11  testified at the Old Bailey known as London central criminal
12  court in London.
13  Q.  In total, Mr. Kohlmann, how many times have you been
14  admitted as an expert witness?
15  A.  Both U.S. and abroad it would be nine plus 13, so it would
16  be 22.
17  Q.  Has any judge ever not permitted you to testify as an
18  expert?
19  A.  Only once.
20  Q.  Do you work with computers during the course of your
21  consulting?
22  A.  That is correct, yes.
23  Q.  Can you explain in general what work you do with computers?
24  A.  Well, it's no secret that much like every other
25  organization, terrorist organizations have a presence on the

94L3KAS4                        Kohlmann - direct
1    Internet.  It also happens that much like the Internet has
2    given the word in general access to a lot more information
3    about a lot of things, one of those subjects is terrorism and
4    terrorist groups.  Whereas in the past it's been very difficult
5    to make direct contact with these organizations, with their
6    recruiters and with the people that they are recruiting, the
7    Internet allows us a much greater degree of contact.  It allows
8    us direct access to their propaganda and their recruitment
9    strategies, even financing.
10           As a result, this is one of the more lucrative areas
11   of research for counter-terrorism analysts.  Not just here in
12   the U.S., but around the world.  It also happens that this is
13   one of the areas that I have particularly focused in on since I
14   began my research in approximately 1997.
15   Q.  You mentioned earlier that you maintain a database.  You
16   run a database?
17   A.  That's correct, yes.
18   Q.  Can you give us an estimate of how many documents and files
19   are in that database?
20   A.  It is a fairly sizable database.  I started creating it
21   when I first started doing research in the field.  Over the
22   course of over 10 years, I've accumulated literally millions of
23   documents.  The actual database is approximately 1.5 terabytes
24   in size.  That's 1,500 gigabytes.  To give you an idea, a DVD
25   stores about five gigabytes.  You are talking about literally
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

94L3KAS4                    Kohlmann - direct
1  almost a thousand DVDs' worth of information.
2  Q.  Have you ever been retained by the U.S. government
3  specifically to assist with the analysis of computers?
4  A.  Yes.
5  Q.  Approximately how many times have you done that?
6  A.  It's been many of the cases, but the most recent time was
7  the United States v. Duka Shnewer in the District of New Jersey
8  in December of 2008.
9  Q.  How was that case generally known?
10 A.  Otherwise known as the Fort Dix jihad cell case.
11 Q.  What types of things have you done when you've been asked
12 to analyze computers?
13 A.  Well, number one, I've been asked to review individual
14 files that have been taken off computers to assess where
15 they're from, who created them, what the significance is.  I've
16 also been handed the actual contents of a hard drive which were
17 stored in a particular forensic format.  And I was asked to
18 then review this forensically preserved hard drive and actually
19 go through it and find in there what was most significant to me
20 or what I recognized from my knowledge of international
21 terrorist organizations.
22 Q.  Mr. Kohlmann, do you also investigate terrorist Web sites?
23 A.  Yes.  Again, as a part of the Internet research I do, one
24 of the things I do is I archive terrorist Web sites.  I save
25 many, many archives of those, yeah.

704

94L3KAS4                    Kohlmann - direct

1   Q.  When did you start doing that, roughly?
2   A.  Approximately 1997.
3   Q.  Have you ever been admitted as an expert to testify about
4   your investigation of terrorist Web sites?
5   A.  Yes.  Very frequently so, yes.
6           MR. BRUCE:  Your Honor, at this point the government
7   will tender Mr. Kohlmann as an expert witness in the following
8   subject matters:  The history, structure and leadership of al
9   Qaeda; recruiting and training methods used by al Qaeda; al
10  Qaeda trade craft and operational methodology; the use of the
11  Internet by al Qaeda; and certain computer forensic techniques.
12          THE COURT:  I'll permit Mr. Kohlmann to give his
13  opinion in those areas.
14          MR. BRUCE:  Thank you, your Honor.
15  Q.  Mr. Kohlmann, let's start very basic.  What is al Qaeda?
16  A.  Al Qaeda is an Arabic word that means the base or the solid
17  foundation.  It is a military or a paramilitary organization
18  which was founded in approximately September of 1988 by a group
19  of Islamic activists along the Afghan Pakistani border.
20  Q.  In your opinion, what is the single most important
21  historical event that eventually led to the creation of al
22  Qaeda?
23  A.  Well, the single most important or the single most critical
24  historical event was almost certainly the December of 1979
25  invasion of Afghanistan by the Army of the former Soviet Union.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

94L3KAS4                        Kohlmann - direct
1    Q.  Was there any response when the Soviet Union invaded
2    Afghanistan?
3    A.  Yes.
4    Q.  What was the response?
5    A.  The Soviets had intended to prop up an Afghan communist
6    government which was failing.  Afghanistan was starting to fall
7    into civil war.  Where you had Islamic and other factions
8    pitting themselves against the Russian government, the
9    Russian-sponsored government.  The Soviets invaded with the
10   idea that we can prop up this government, retool it, and end
11   the civil war.
12           But instead what happened was the civil war only got
13   bigger and bigger and bigger.  And you had groups of fighters
14   that began waging a civil war in an open war against the Soviet
15   forces and against Afghan communist forces.  They called
16   themselves the mujahideen or the holy warriors.
17   Q.  So the word mujahideen means holy warriors?
18   A.  Yes.
19   Q.  What does the word mujahid mean?
20   A.  Singular form of mujahideen.  It means a holy warrior.
21   Q.  What does the word jihad mean?
22   A.  Jihad is the root word that all these words come from.
23   Jihad means holy struggle.  Initially, it meant both internal
24   struggle, you could have a jihad against your internal personal
25   demons.  Because of events like the Soviet invasion of
                 SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

706

94L3KAS4                        Kohlmann - direct
1  Afghanistan and events that have followed since, in the common
2  context, jihad has largely come to have a physical connotation.
3  So physical struggle or holy war.
4  Q.  Where did this group of mujahideen warriors who were
5  fighting against the Soviets come from?
6  A.  Initially the fighters that were there for almost the first
7  five years were mostly all Afghans and Pakistani.  They were
8  mostly local people who were upset about the invasion and were
9  intent upon reconquering their land.
10          However, in approximately 1985, the cause of the jihad
11  in Afghanistan had reached other areas, particularly the Middle
12  East.  And what ended up happening was that a group of Middle
13  Eastern exiles, mainly Arab, although some others, began
14  leaving their homes throughout the Middle East and even here in
15  North America, and traveled to Afghanistan and Pakistan with
16  the idea that they would become part of the mujahideen
17  themselves.
18  Q.  Can you summarize for us the conflict between the
19  mujahideen and the Soviet army, and tell us how it ended?
20  A.  Yeah.  The conflict raged from approximately 1979 to 1989.
21  It lasted almost a decade.  By 1988 the Soviets decided that
22  the war was unwinnable and they needed to withdraw.  They began
23  engaging in negotiations with the mujahideen, the Afghan
24  mujahideen, and the Afghan mujahideen came to an agreement.
25  However the problem was this, even though the Soviets agreed to

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

94L3KAS4                    Kohlmann - direct

1   withdraw in 1989, there was still the Afghan communist
2   government which was left behind which didn't want to put down
3   its arms.  So even though the Soviets withdrew, in
4   approximately January of 1989, the war continued pretty much
5   unabated.
6   Q.  Now, how did that decade long war eventually lead to the
7   formation of al Qaeda?
8   A.  Well, what ended up happening was you had this group of
9   Arab exiles who had seen what the Afghan mujahideen had done.
10  They participated in some small battles.  They got the idea in
11  their heads that, look, we've just seen the lesson of the
12  century here.  A super power was defeated in the battlefield by
13  a group of men armed with nothing more than AK-47s and rocket
14  launchers, but possessing a very, very strong belief in their
15  religion, and their ideology.  The lesson that these
16  individuals took was we need to apply this same philosophy with
17  regards to our own home governments in the Middle East.
18  Governments like the government of Egypt, of Saudi Arabia, of
19  Algeria.  We need to do the same thing in those countries that
20  the Afghans had done there.  We need to form mujahideen units,
21  we need to take control, we need to establish an Islamic
22  government, and we will establish a new Islamic order, a new
23  Islamic empire throughout the Middle East.
24  Q.  I want to ask you about some additional Arabic terms that
25  we'll hear during the course of the trial.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

708

94L3KAS4                          Kohlmann - direct
1              Can you tell us what a kuffar is, k-u-f-f-a-r?
2    A.  It is actually kuffar, it's plural.  It means the
3    disbelievers or the infidels.
4    Q.  How about a kafir, k-a-f-i-r?
5    A.  Once again that's the singular version of kuffar.  A kafir
6    is a disbeliever or an infidel.
7    Q.  What about the term dawah, d-a-w-a-h?
8    A.  A dawah is missionary work.  It's spreading the tenets of
9    Islam to others.
10   Q.  The term shaheed, s-h-a-h-e-e-d?
11   A.  Shaheed means martyr.
12   Q.  What does it mean to take shahada, s-h-a-h-a-d-a?
13   A.  The shahada is the proclamation of faith for Muslims.  In
14   order to become a Muslim there is no lengthy conversion
15   process.  You just have to say one phrase, "There is no God but
16   God and Allah is his messenger" and then you are a Muslim.
17   That's the shahada.
18   Q.  What does the term jamat mean, j-a-m-a-t?
19   A.  A jamat is an organization or a group.
20   Q.  How about the term dunya, d-u-n-y-a?
21   A.  Dunya means of this material world.  As opposed to the
22   hereafter.
23   Q.  How about the term zakat?
24   A.  Zakat is a mandatory religious contribution which is
25   incumbent upon all Muslims.
                         SOUTHERN DISTRICT REPORTERS, P.C.
                               (212) 805-0300

709

94L3KAS4                    Kohlmann - direct

1    Q.  What about the term hadith, h-a-d-i-t-h?
2    A.  Hadith are stories about the life of the prophet Mohammed
3    that are so authentic and that are so well traced, their
4    sources are so good, that even though they weren't written in
5    the Koran, they contain such important lessons about what
6    Muslims should do and how Muslims should live, that they've
7    become also written down separately and they are a key element
8    in Islamic jurisprudence and Islamic law.  The Koran doesn't
9    answer all questions in Islamic law.  Many times you can turn
10   to the hadith, which are not quite as good as the Koran, but
11   are an authentic source of knowledge to try to answer those
12   questions.
13   Q.  What about the term halal, h-a-l-a-l?
14   A.  That just means permissible.
15   Q.  The term haram, h-a-r-a-m?
16   A.  It's the opposite.  It means forbidden.
17   Q.  What does it mean to be an apostate?
18   A.  An apostate is someone who is apostatized from Islam.  It
19   is someone who perhaps once was a Muslim, but has transgressed
20   against those beliefs and is now working against Islam.
21   Q.  The term salafiat, s-a-l-a-f-i-a-t?
22   A.  The salafiat are people who follow the salaf, the elders of
23   Islam.  The people who initially, when Islam was first laid
24   down in the seventh century, the salaf were the people who
25   first practiced it.  The salafiat, the idea is these are people

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

94L3KAS4                    Kohlmann - direct

1   who intend to practice Islam, who intend to practice their
2   faith according to the exact kind of puritanical ways that the
3   salaf, that the elders did.  It's kind of turning back the
4   clock.
5   Q.  If you list someone's name am and it says Al Salafi after
6   it, what does that mean?
7   A.  That's referring to someone who follows the salafi version
8   of Islam.  Again, it is a puritanical form of Islam.  It's
9   relatively conservative.  And if you say I'm a salafi, you're
10  part of the salafi sect.
11  Q.  What about if it lists someone's name and it says Al Chami,
12  C-h-a-m-i?
13  A.  Al Chami literally means greater Syria.  That comprises
14  present day Syria, Lebanon, Jordan and Palestine.
15  Q.  What does the word Sunni mean?
16  A.  Sunni is another Arabic word.  Sunni just means majority.
17  In the early days of Islam, there was a split between two camps
18  in Islam, between the majority and the minority, over
19  leadership basically.  The minority went after and they
20  followed a nephew of the Prophet Mohammed named Ali, and they
21  became known as the Shiites, because Shiite means minority.
22  The others who went with another caliph to be in charge were
23  the majority.  And they were called Sunnis.  This division
24  continues on till today.
25  Q.  Mr. Kohlmann, have you prepared a series of PowerPoint

94L3KAS4                        Kohlmann - direct
 1   slides to assist you with your presentation today?
 2   A.  Yes.
 3   Q.  Do those slides contain true and accurate pictures of
 4   individuals that you are going to testify about?
 5   A.  Yes.
 6   Q.  Do they also contain true and accurate images of materials
 7   you've downloaded and preserved from the Internet?
 8   A.  Yes.
 9   Q.  Will these slides assist you with your testimony today?
10   A.  Yes.
11              MR. BRUCE:  May I approach, your Honor?
12              THE COURT:  You may.
13   Q.  I am going to hand the witness Government Exhibit 50 and
14   Government Exhibit 51 through 68.
15              Do you recognize those documents, Mr. Kohlmann?
16   A.  Yes, I do.
17   Q.  First can you tell us what Government Exhibit 50 is.
18   A.  Government Exhibit 50 is the slide show which you just
19   described.
20   Q.  Okay.  Government Exhibits 51 to 68, can you tell us what
21   they are?
22   A.  Yes, these are images of material which I recovered from
23   IMC or Islamic Media Center Web sites from approximately 2000
24   until 2006.
25   Q.  Have certain translations also been incorporated into your
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

712

94L3KAS4                              Kohlmann - direct
1   PowerPoint presentation?
2   A.  Yes.
3             MR. BRUCE:  Your Honor, at this point I'd ask
4   permission to read Government Exhibit 7, which is a stipulation
5   between parties.
6             THE COURT:  You may read Government Exhibit 7.
7             MR. BRUCE:  "It is hereby stipulated and agreed by and
8   among the United States of America by Lev L. Dassin, Acting
9   United States Attorney for the Southern District of New York,
10  Eric B. Bruce and Michael Farbiarz, Assistant U.S. Attorneys,
11  of counsel, and Oussama Abdullah Kassir, a/k/a Abu Abdullah,
12  a/k/a Abu Khadija, the defendant, by and with the consent of
13  his attorneys, Edgardo Ramos and Mark S. DeMarco, that:
14            "Number one.  Government Exhibit 57-T is a fair and
15  accurate English translation of the document marked as
16  Government Exhibit 57 which is written in the Arabic language.
17  Government Exhibit 68-T is a fair and accurate English
18  translation of the document marked as Government Exhibit 68,
19  which is written in the Arabic language.
20            "It is further stipulated and agreed that this
21  stipulation and the translations referenced herein may be
22  received into evidence as government exhibits at trial."
23            With that, your Honor, I'd like to offer Government
24  Exhibits 50 to 68, 57-T and 68-T, as well as the stipulation,
25  Government Exhibit 7.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

94L3KAS4                        Kohlmann - direct
1                THE COURT:  I take it there is no objection.
2                MR. DeMARCO:  No objection, Judge.
3                THE COURT:  All right.  They are all received.  And
4    the stipulation which I explained to you before lunch is an
5    agreement between the lawyers and therefore what is said in the
6    stipulation is evidence in the case.  You may introduce it.
7                (Government's Exhibits 50-68, 57T, 68T, 7 received in
8    evidence)
9                MR. BRUCE:  Permission to publish them through the
10   PowerPoint presentation.
11               THE COURT:  You may do so.
12   Q.  Mr. Kohlmann, who is the current head of al Qaeda?
13   A.  The current emir or commander or top leader of al Qaeda is
14   Usama Bin Mohammed Bin Laden.
15   Q.  Even though he was the head of al Qaeda, did Bin Laden have
16   any influences or mentors?
17   A.  Yes.  As indicated on this slide, Bin Laden was heavily
18   influenced by a number of individuals during the 1980s, both
19   Arabs and Afghans as well.
20   Q.  Let's start with Sheikh Abdullah Azzam.  What is his
21   background; who is he?
22   A.  Sheikh Abdullah Azzam, now deceased, is a former
23   Palestinian cleric who joined the Jordanian fighters who were
24   waging a war against Israel during the 1950s and '60s.
25   However, he decided that that conflict was not sufficiently
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

94L3KAS4                         Kohlmann - direct
1   religious enough.  And he decided that one of the reasons why
2   Arab regimes kept losing to Israel was because of the fact they
3   had lost their religion.  They had strayed from the path of
4   Islam.
5            He began giving very insistent speech that people
6   needed to reawaken their Islamic ideology and they needed to
7   reawaken the idea of jihad.  It happened that this happened at
8   the same time that the Soviet Afghan jihad was occurring, and
9   Azzam became very much preoccupied with what was going on in
10  Afghanistan.  He saw this as divine prophecy.
11           He reasoned that Muslims from around the world should
12  go to Afghanistan and fight there with the mujahideen, with the
13  idea of establishing an Islamic state there.  And eventually
14  establishing those borders throughout the Middle East and again
15  creating one big Islamic empire.
16  Q.  What was his influence on Bin Laden?
17  A.  Well, Azzam was known for this, as being the godfather of
18  jihad.  One of the places he often spoke was Saudi Arabia.  One
19  of those he encountered was Usama Bin Laden, a very young Usama
20  Bin Laden.  And Bin Laden became very entranced by what Azzam
21  was talking about.  And Bin Laden went to Pakistan to join
22  Azzam.  Bin Laden became Azzam's primary benefactor,
23  financially speaking, and also became his top aid and advisor.
24           Eventually Azzam's organization, which was known as
25  the Office of Mujahideen Services, was basically entirely
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

715

94L3KAS4                    Kohlmann - direct
1    dependent upon the support and benevolence of Usama Bin Laden.
2    Q.  Let's turn to the next individual.  Abdul Rasool Sayyaf.
3    A.  Yes.
4    Q.  Who is he and what is his background?
5    A.  Abdul Rasool Sayyaf is one of the Afghan mujahideen
6    warlords of the 1980s.  He became famous for fighting the
7    Soviets in Afghanistan.
8            In approximately 1988, Mr. Sayyaf cordoned off part of
9    his main training camp known as the Sauda camp, exclusively to
10   train foreign fighters, Arab fighters, coming from the Middle
11   East.  This was al Qaeda's very first training camp.  Sayyaf
12   had a close relationship with Bin Laden.  So Sayyaf, among
13   others, Haqqani, these warlords had a tremendous influence on
14   getting Bin Laden started and getting him the basic tools to
15   move forward and giving him the sanctuary for his fighters and
16   his bases.
17   Q.  When did Usama Bin Laden become the head of al Qaeda?
18   A.  Well, he wasn't immediately declared the emir of al Qaeda,
19   but approximately within a year of al Qaeda being formed, Bin
20   Laden went from being the de facto head of al Qaeda to being
21   the de facto and de jure emir of al Qaeda.  The real emir and
22   in title as well.
23   Q.  When did Bin Laden first come into conflict with the United
24   States?
25   A.  Well, Bin Laden's conflict with the United States began
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

94L3KAS4                    Kohlmann - direct

1    almost immediately upon the formation of al Qaeda.  The notion
2    again was that we've defeated one super power in the form of
3    the Soviet Union.  So we should now focus on defeating the
4    other super power.
5             Bin Laden was being advised by, among others,
6    Dr. Ayman al-Zawahiri, an Egyptian.  And these individuals like
7    Zawahiri were urging Bin Laden that the only way that we will
8    take over our countries back at home, Saudi Arabia, Egypt,
9    Algeria, is if we first remove their primary foreign sponsors.
10   As long as they have a big foreign backer that supported them,
11   giving them money, giving them weapons, we'll never be able to
12   defeat them.
13            (Continued on next page)
14
15
16
17
18
19
20
21
22
23
24
25

941Wkas5                        Kohlmann - direct
1    BY MR. BRUCE:
2    Q.  And who was the big foreign backer?
3    A.  It was the United States.
4    Q.  Now, what is a fatwa?
5    A.  A fatwa is a religious edict.
6    Q.  Did Bin Laden issue a fatwa at some point regarding the
7    United States?
8    A.  Yes, he has.
9    Q.  Can you explain it for us?
10   A.  Well, even though Bin Laden is not actually an imam, he is
11   not a cleric, he has issued fatwas anyway, political fatwas.
12   The very first fatwa that Bin Laden issued publicly about the
13   United States came in August of 1996.  Bin Laden issued a fatwa
14   under the title Declaration of Holy War Against the Americans
15   in the Land of the Holy Places.  The idea here was that Bin
16   Laden was authorizing or calling upon Muslims everywhere to
17   launch terrorist strikes aimed at American soldiers in the
18   Arabian Peninsula, Saudi Arabia, Yemen, UAE, Kuwait, everywhere
19   pretty much south of Iraq.
20   Q.  Why was Bin Laden focused on American soldiers in the
21   Arabian Peninsula?
22   A.  One of the big causes that had really infuriated him and
23   cemented his anger against the United States was the presence
24   of U.S. peace-keeping troops in Saudi Arabia following the Gulf
25   War in 1991.  Bin Laden and other conservative Muslims view
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

94lWkas5                    Kohlmann - direct
1   Saudi Arabia as part of what they call the land of the two holy
2   places.  It's a sacred land for Islam.  It's a place where
3   Islam was created, in the cities of Mecca and Medina.
4       As a result, according to some versions of the hadith, it's
5   forbidden for any non-Muslims to be in the Arabian Peninsula,
6   especially anywhere near Mecca or Medina.  So Bin Laden said
7   these people are there in violation of the hadith.  They're in
8   violation of the religion, and their blood is a booty to those
9   who kill them.
10  Q.  After that fatwa in 1996, did Bin Laden follow with any
11  other fatwas?
12  A.  Yes.
13  Q.  Can you explain those?
14  A.  In February of 1998, Bin Laden convened a press conference
15  in Afghanistan with other al-Qaeda leaders and also leaders of
16  other terrorist organizations that weren't officially a part of
17  al-Qaeda but that were working with al-Qaeda.  And the name of
18  this press conference, the slogan of the press conference, was
19  the World Islamic Front Against Jews and Crusaders, and the
20  idea behind the press conference was for Bin Laden, along with
21  all these other various different terrorist commanders, to
22  issue the declaration that the initial fatwa from back in '96
23  was now being expanded.  Now, the target would be Americans,
24  both civilian and military, and not just in the Arabian
25  Peninsula, but anywhere they could be found, anywhere in the
                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

94lWkas5                    Kohlmann - direct

1   world.  So, in other words, Bin Laden and his supporters and
2   his advisors were calling on Muslims to kill Americans
3   everywhere.
4   Q.  Did any terrorist acts by al-Qaeda follow Bin Laden's fatwa
5   from February 1998?
6   A.  Yes.
7   Q.  Can you explain?
8   A.  In August of 1998, al-Qaeda suicide bombers struck at two
9   U.S. embassies in East Africa:  Nairobi and Dar Us Salaam,
10  Tanzania -- excuse me, Nairobi, Kenya, and Dar Us Salaam,
11  Tanzania, attacks which killed over 200 people.
12       In October of 2000, al-Qaeda suicide bombers launched an
13  attack on a U.S. warship, the U.S.S. COLE, off the coast of
14  Yemen, killing 17 U.S. sailors.
15       And on September 11, 2001, al-Qaeda suicide hijackers
16  launched terrorist attacks in New York and Washington, D.C.
17  Q.  As we sit here today, what is the goal of the al-Qaeda
18  organization?
19  A.  The primary purpose of al-Qaeda as it stands today is to
20  confront and wage a war with the United States with the idea of
21  eventually defeating the United States, forcing the United
22  States to leave the middle East and the Muslim world, and then
23  establishing an Islamic empire on the ruins of the current
24  apostate regimes that are U.S.-backed in the Muslim world.
25  Q.  Mr. Kohlmann, how is al-Qaeda organized?

941Wkas5                        Kohlmann - direct

1    A.  Al-Qaeda is somewhat loosely organized, but at its top,
2    there is a physical organization, and it is known as the Shura
3    Council, or advisory council.
4    Q.  And Bin Laden is at the top of the Shura Council?
5    A.  Yeah.  It works kind of like a cabinet, like a presidential
6    cabinet.  Here you have Bin Laden who is the amir, or the
7    commander, of the organization.  And you see he's also in
8    charge of a specific subcommittee, the political committee.
9    Q.  Can you go through the remaining committees and briefly
10   tell us what the committee is and who is at the head of it
11   during this time period?
12   A.  To Bin Laden's right on the chart you see an individual
13   named Abu Hafs al-Masri.  His real name is Mohammed Atef.  He
14   is a former Egyptian policeman, and because of his experience
15   in the police, his experience with weapons and whatnot, he was
16   appointed to be head of al-Qaeda's military committee, head of
17   al-Qaeda's military wing.  You'll notice, as indicated on the
18   chart, he was killed in a U.S. missile strike in November of
19   2001.
20        To his right is Dr. Ayman al-Zawahiri.  Dr. Ayman
21   al-Zawahiri was one of the original founders of the Egyptian
22   Islamic Jihad Movement and, as you can see here, is the head of
23   al-Qaeda's media committee.  In almost every single video that
24   al-Qaeda puts out, Zawahiri appears.  It also happens that
25   Zawahiri is considered to be the deputy commander of al-Qaeda,

941Wkas5                          Kohlmann - direct
1    the No. 2; in other words, the man that sits directly behind
2    Bin Laden.
3         To Zawahiri's right, you have an individual, another
4    Egyptian by the name of Saif al-Adel.  That's a pseudonym; the
5    name literally means sword of justice.  Saif al-Adel, you'll
6    see as indicated on here, is the head of al-Qaeda's security
7    committee.
8         To his right is another Egyptian, Sa'ed al-Masri, otherwise
9    known as Mustafa Abu al-Yazid.  He's the head of al-Qaeda's
10   financial committee.  He's the money guy.
11        To his right is an individual named Abu Hafs al-Mauritani.
12   He is originally from Mauritania.  He was the head of
13   al-Qaeda's religious committee.  He was given this position
14   because of the fact that he ran a religious institute in
15   Kandahar near the base of al-Qaeda and Taliban power
16   specifically for foreigners who wanted to study jihad.
17   Q.  Just to be clear, back to Bin Laden for a moment, you said
18   he is the amir.  What does it mean to be the amir?
19   A.  Amir means the commander.
20   Q.  Actually, there's an individual, Khalid Sheikh Mohammed,
21   who is listed as special operations.  Could you tell us who he
22   is?
23   A.  Khalid Sheikh Mohammed was not part of the Shura Council
24   itself.  However, like I said, al-Qaeda is somewhat loosely
25   organized, and in order to take charge of particular key
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

94lWkas5                    Kohlmann - direct

1    overseas projects, i.e., major international terrorist
2    operations that would require somebody to keep a close eye on
3    what's going on, that would require secrecy, etc., this was
4    Khalid Sheikh Mohammed's role.  He was known as al-Muqtar, the
5    brain.
6    Q.  What does special operations mean?
7    A.  Well, in the context of al-Qaeda, special operations would
8    be major international terrorist attacks.
9    Q.  I want to focus on Dr. Zawahiri.  Could you tell us a bit
10   more about who he is and his background?
11   A.  Dr. Ayman al-Zawahiri is a former pediatrician from Egypt.
12   He was one of the original founders of a group in Egypt known
13   as the Egyptian Islamic Jihad Movement.  He was in prison for a
14   time in Egypt partly as, for his role in the 1981 assassination
15   of Anwar Sadat, the president, then president of Egypt.  He was
16   expelled from Egypt, and he fled to Pakistan and Afghanistan
17   during the 1980s, and he joined up with Bin Laden, Usama bin
18   Laden, and the others, other Arab Afghans and he again became
19   the deputy commander of al-Qaeda.
20   Q.  What does it mean to be the head of global military
21   operations for al-Qaeda?
22   A.  Zawahiri, especially in the wake of Khalid Sheikh
23   Mohammed's capture, has played a very hands-on role in trying
24   to organize terrorist attacks and trying to oversee terrorist
25   attacks.  In 2005, when suicide boomers carried out a terrorist
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

94lWkas5                      Kohlmann - direct
1    attack in London, in the United Kingdom, Zawahiri was featured
2    shortly thereafter in an al-Qaeda video in which he explained
3    that he had personally helped groom and recruit the two
4    bombers, that he had dispatched them on their mission, that he
5    was literally one of their colleagues.
6    Q.  The last bullet mentions al-Qaeda's As-Sahab Media
7    Foundation.  What is that?
8    A.  Al-Qaeda has a specific media group which is responsible
9    for video recordings coming out of Afghanistan and Pakistan.
10   Particularly if you ever see any video of Usama bin Laden or
11   Dr. Ayman al-Zawahiri, it's created by this media wing which is
12   known as As-Sahab, which means the clouds.  There is no such
13   thing as a video recording of Bin Laden that doesn't come from
14   this group.  Everything comes from this group.
15   Q.  The next individual, Ibn Shaykh al-Liby.  First I take it
16   you didn't have a publicly available picture of him?
17   A.  To my knowledge, there is no publicly available photo of
18   him.
19   Q.  Could you tell us who he is?
20   A.  Ibn Shaykh al-Liby is the former manager of a terrorist
21   training camp in southeastern Afghanistan, near the city of
22   Khost.  The camp was known as the Khalden camp.  Ibn Shaykh
23   al-Liby was a Libyan national.  He wasn't ever officially a
24   member of al-Qaeda.  In other words, he wasn't directly part of
25   al-Qaeda.  Rather he worked with a lot of different groups.  He

94lWkas5                    Kohlmann - direct

1    worked with al-Qaeda.  He worked with a group known as the
2    Libyan Islamic Fighting Group.  He worked with the Taliban.  He
3    was kind of an all-purpose jihadi, and he provided training to
4    a lot of people, including al-Qaeda members.  Anyone from
5    al-Qaeda that wished to attend the camp, it was very rare that
6    they would have any problems trying to do so.  It was usually
7    very easy to arrange.
8    Q.  Abu Khabab al-Masri, can you tell us who he is?
9    A.  Abu Khabab al-Masri is another Egyptian national.  His real
10   name is Midhat Mursi.  He's now deceased.  He was a senior
11   al-Qaeda member and an expert in building explosives and also
12   in nonconventional warfare, i.e., chemicals, biological
13   material, radiological material.  He actually ran a training
14   camp, a small training camp inside of Afghanistan known as the
15   Abu Khabab camp that specifically focused in on chemical,
16   biological, radiological testing.  And when he was killed,
17   al-Qaeda actually issued a statement saying that, Well, you may
18   have killed him, but there's plenty of students who have
19   studied all his skills and are ready to replicate exactly what
20   he's done in the future.
21   Q.  Abdullah Ahmed Abdullah, first can you tell us his aliases?
22   A.  Yes.  Abdullah Ahmed Abdullah is also known as Saleh or Abu
23   Mohammed al-Masri.  Al-Masri means from Egypt.
24           THE COURT:  What does al-Masri mean?
25           THE WITNESS:  Excuse me, your Honor.  Al-Masri means

94lWkas5                          Kohlmann - direct
1    the Egyptian or from Egypt.
2    BY MR. BRUCE:
3    Q.  So attached to his name, it indicates that he's from Egypt?
4    A.  That's correct, yes, Abu Mohammed from Egypt.
5    Q.  Can you tell us who he is?
6    A.  Yes.  He was another senior al-Qaeda member, also an
7    al-Qaeda training camp instructor.  This is again another
8    person who specialized in explosives.  He was known, in fact,
9    for specializing in explosives.  The camp that he taught at,
10   the Jihad Wall Camp was one of al-Qaeda's central camps, been
11   around for a very, very long time.  He's currently wanted by
12   the United States Government for his involvement in terrorist
13   attacks against United States nationals, and I believe there's
14   a $5 million reward on his head.
15               THE COURT:  Did you say a $500 reward?
16               THE WITNESS:  No.  Excuse me, your Honor.  I said 5
17   million.  Excuse me.
18               THE COURT:  Thank you.
19   BY MR. BRUCE:
20   Q.  The next slide, Mr. Kohlmann, Abu Musab al-Zarqawi.
21   A.  Yes.
22   Q.  Can you tell us who he is.
23   A.  Abu Musab al-Zarqawi is a Jordanian national, now deceased.
24   He was one of this group of individuals who, during the late
25   1980s and early 1990s, went to Afghanistan with the idea of
                     SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

94lWkas5                    Kohlmann - direct
1   joining the mujahideen.  However, even though Zarqawi and Bin
2   Laden shared the same ideas about jihad and about martyrdom and
3   about confronting the enemies of Islam, there was a personality
4   disagreement.  Zarqawi saw Bin Laden as arrogant and Bin Laden
5   saw Zarqawi as arrogant, and each of them basically thought
6   they could do a better job than the other one.  So Zarqawi
7   never officially swore an oath to Bin Laden saying I'm part of
8   the organization; he just kind of worked with him.
9        Then in 2003, Zarqawi traveled to Iraq where he saw an
10  opportunity and he established an organization that he called
11  the Tawheed and Jihad Movement.  This movement became very
12  famous because it started beheading people on camera and
13  started carrying out suicide bombings in Iraq.  Nicholas Berg,
14  the U.S. hostage who was beheaded on camera, that was by Abu
15  Musab al-Zarqawi.  And as a result, in October of 2004, Zarqawi
16  and Bin Laden managed to come to an agreement, and Zarqawi's
17  Tawheed and Jihad Movement became al-Qaeda in Iraq, and that is
18  the story of how al-Qaeda in Iraq came to be.  And Zarqawi
19  remained in charge of al-Qaeda in Iraq until June of 2006 when
20  he was killed in a U.S. air strike.
21  Q.  Now, you indicate that he was a highly visible icon for
22  second and third generation terrorist sympathizers and
23  recruits.  What do you mean by that?
24  A.  Zarqawi was very, very skillful with his use of media and
25  multimedia.  He used these beheading videos and videos of
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

94lWkas5                    Kohlmann - direct

1    suicide bombings and of martyrs gleefully going off on their
2    missions in order to inspire an entire generation of young
3    people to follow in his wake.  He became lionized by this group
4    of again relatively young, relatively extreme people who gave
5    him the nickname the Shaykh of the Slaughterers, which was in
6    their view a compliment.  But, yeah, that's the Shaykh of the
7    Slaughterers.
8    Q.  Before we move to the next slide, Mr. Kohlmann, what does
9    it mean to be an actual member of al-Qaeda?
10   A.  Well, if you're a member of al-Qaeda, it usually means that
11   you've sworn a bayaat.  A bayaat is an oath of allegiance to
12   either Usama bin Laden as the amir of the organization, or if
13   you're in Iraq, perhaps you'd swear a bayaat to Abu Musab
14   al-Zarqawi or another duly authorized representative of
15   al-Qaeda.  But it has to be someone who is duly authorized.  It
16   has to be someone who is fairly significant.  It has to be
17   someone who you giving an oath of allegiance to mean something.
18   Q.  And do you have to swear bayaat in person?
19   A.  You're supposed to, but it doesn't always happen.
20   Q.  Are there people who assist al-Qaeda who are not actual
21   members of al-Qaeda?
22   A.  Yes.
23   Q.  Can you describe some of the roles that those people play?
24   A.  Well, they play some of the most important roles in the
25   organization.  Al-Qaeda is an underground organization, and it

94lWkas5                    Kohlmann - direct
1    has difficulty getting its hands on a lot of different things.
2    One of those things is recruits for terrorist training camps.
3    Contrary to popular belief, before 9/11, when al-Qaeda wanted
4    to recruit people, they didn't call up people in the phone book
5    from Afghanistan and say, Hey, you should come here and join
6    us.  That's not how it works.
7         What al-Qaeda did is it relied on supporters in places like
8    Egypt, Saudi Arabia, the UAE, even here in the United States,
9    to encourage people to go there, to go to jihad, to go to
10   Afghanistan, not because they were al-Qaeda members but because
11   they supported al-Qaeda's mission.  They would finance in some
12   cases these people to go off just with whatever money they had
13   in their pockets, but the idea is without the clerics who issue
14   the religious rulings which underwrite al-Qaeda's operations,
15   without the recruiters who are not members of al-Qaeda but
16   support al-Qaeda's mission and want to send their friends and
17   their buddies and their sons and their cousins to these camps
18   because they support that mission, without this whole strategy,
19   al-Qaeda is nothing.  Al-Qaeda doesn't have money.  It doesn't
20   have religious bases.  It doesn't have recruits.  These
21   supporters, these are known as the ansars, supporters, the
22   partisans, that's the lifeblood of al-Qaeda.
23   Q.  In addition to the recruiters and financiers that you
24   mentioned, are there trainers in al-Qaeda?
25   A.  Yes.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

729
94lWkas5                      Kohlmann - direct
1   Q.  What role do they play?
2   A.  Well, in order to have a military organization, you need to
3   have an army.  You need to have people that are military
4   minded.  Now, a lot of the people that ended up in Afghanistan
5   in the late 1980s and the early 1990s and even well into the
6   late 1990s were people who were very much like Usama bin Laden
7   in the sense that they had a lot of big political and religious
8   ideas, but they had no military training whatsoever to speak
9   of; they were useless on the battlefield.
10         In order to take these people who have no military
11  experience and turn them into hardened battlefield fighters,
12  you need camps and you need instructors, and you need
13  instructors that know what they're doing.  So instructors
14  played a huge, huge role.  And to be fair, it's not just the
15  instructors at the al-Qaeda camps in Afghanistan because there
16  are training camps which are turning out people who join
17  al-Qaeda in places like Chechnya, Bosnia-Herzegovina, Somalia,
18  Afghanistan.
19  Q.  Mr. Kohlmann, what is the Taliban?
20  A.  The Taliban is an Arabic word which means the students.
21  This is an Islamic movement, the Deobandi Islamic Movement --
22  that's just the name of the sect -- which popped up along the
23  Afghan-Pakistani border in madrases and in refugee camps during
24  the mid-1990s.  Essentially what it was was Afghans and
25  Pakistanis, Afghan refugees from the Soviet-Afghan war, and
                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

```
        941Wkas5                    Kohlmann - direct
 1   Pakistanis who were fed up with all chaos and the war and
 2   destruction that had gone on along the Afghan-Pakistani border
 3   for years, inside Afghanistan desperately so.  And their idea
 4   was this, was that we can get rid of all this chaos by
 5   installing a very, very, very strict social order.  The problem
 6   here is not that people are greedy, it's not that there's too
 7   many guns.  The problem is that people have lost their Islam.
 8   And if we reawaken the spirit of Islam in people and establish
 9   a very, very strict religious order, everything will go back to
10   the way it once was, prosperous and everything.
11       So in approximately 1995, a group of these individuals
12   leave their madrases, leave their Islamic schools, and they
13   cross over into the city of Kandahar, which is just over the
14   border into Afghanistan, in order to try to do battle with some
15   of these corrupting influences, these warlords who have gone
16   wrong.  And they achieve victory so fast and with such little
17   work that their commanders suddenly say, Hold on a second, why
18   would we stop with Kandahar, let's just keep going.  So the
19   Taliban, who, after years of war, had very few enemies left,
20   that had the stamina to fight them, managed to very quickly
21   take over most of Afghanistan.
22   Q.  Who is the leader of the Taliban?
23   A.  The leader of the Taliban was a Kandahar native who was a
24   big inspiration behind what happened in 1995, and his name is
25   Mullah Mohammed Omar Mujahib.
```

94lWkas5                    Kohlmann - direct

1    Q.  What role did he play in the Taliban government?
2    A.  Well, he is known as the Amir al-Mumineen, which is a
3    little bit different than just being the commander, the amir.
4    If you're recognized as the Amir al-Mumineen, it means you are
5    the commander of all the believers.  It's kind of like being
6    named the Pope.  It is, it's basically you are the equivalent
7    of the Islamic emperor.  You are the person in charge of Islam
8    all over the world.
9    Q.  Can you describe the relationship between the Taliban and
10   al-Qaeda?
11   A.  Well, initially, there was some friction because of the
12   fact that many of al-Qaeda's former allies in Afghanistan among
13   the Afghan mujahideen were fighting against the Taliban.
14   However, in approximately 1995, al-Qaeda began to have problems
15   with their then sanctuary in Sudan.  They were having problems
16   with the local government and they needed to find a new place
17   to go.  And Bin Laden and his advisors looked at what was going
18   on in Afghanistan, and they looked at the Taliban, and they
19   said, Look, these guys, they're not so bad.  They have the same
20   ideas that we do.  They have the same approach that we do.  We
21   should really investigate about working with these people.
22       So Bin Laden sent over his military commander, Abu Hafs
23   al-Masri, to Afghanistan to meet with the Taliban.  And when
24   Abu Hafs came back, he wrote a memo to Bin Laden saying they
25   have a great attitude towards the Arab mujahedeen.  They have

94lWkas5                    Kohlmann - direct

1    exactly the right religious perspective, exactly the right
2    political perspective.  It is our obligation to stand behind
3    these people and support them to the hilt, and that's exactly
4    what happened.  And that's why Bin Laden recognized Mullah Omar
5    as the Amir al-Mumineen, the commander of the believers.
6    Q.  What is the Northern Alliance?
7    A.  Well, when the Taliban started taking over control of
8    Afghanistan in '95, '96, '97, you had a few warlords who were
9    remaining over from the period of the Soviet-Afghan War and of
10   the civil war of the 1990s.  Now, these individuals had mostly
11   fought each other during this period.  However, eventually, it
12   began to dawn on them that if they didn't band together once
13   again and fight the Taliban the same way that they had fought
14   the Soviets that they would all be out of a job and out of a
15   home.  So the most significant of the warlords at that time, an
16   individual, a Tajik, by the name of Ahmad Shah Massoud, and an
17   Uzbek, also from the north, known as Abdel Rashid Dostum, got
18   together and they formed an alliance to fight the Taliban,
19   because Dostum was in the northwest and Massoud was in the
20   northeast, this became known as the Northern Alliance.
21   Q.  Now, in the late 1990s when the Northern Alliance was
22   fighting against the Taliban, was anyone else, any other group,
23   fighting with the Taliban?
24   A.  Yes, al-Qaeda was.
25   Q.  Can you describe for us the conflict that went on between
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

94lWkas5                    Kohlmann - direct

1    the Taliban and al-Qaeda on one side and the Northern Alliance
2    on the other side?
3    A.  Yes.  Starting again in approximately 1995, the Taliban are
4    waging a war to take over control of the territory of
5    Afghanistan, to grab it from the Northern Alliance.  And
6    slowly, they're working their way across Afghanistan, taking
7    over places like Herat, Mazari Sharif, the capital Kabul.  The
8    problem is that the Taliban now are taking over areas that are
9    not the same ethnicity that they are, and these areas they're
10   going in and they're massacring people.  They're murdering
11   religious minorities like Shiites, etc., etc., and you end up
12   having a very, very bloody conflict.  It's like World War I in
13   Afghanistan.  It's trench warfare, and then when one side takes
14   over an area, they ethnically cleanse it.
15        By the time of 1998, 1999, essentially what you had is a
16   very small area in northern Afghanistan controlled by the
17   Northern Alliance, and then you had a front line where you had
18   Taliban and al-Qaeda fighters, shooting, firing into Northern
19   Alliance positions, and then the Northern Alliance firing back.
20        Now, the idea for al-Qaeda, why was al-Qaeda doing this.
21   Well, al-Qaeda was interested in this, No. 1, because they
22   wanted to support Mullah Omar and the Taliban.  They wanted to
23   show we're with you guys, we're part of you, we're behind you,
24   so we're going to contribute to your war by helping you fight
25   these people.  But more importantly for al-Qaeda, in addition

941Wkas5                    Kohlmann - direct
1  to having a training camp, in order to get people who have no
2  military experience up to snuff, you can't just send them to
3  the training camp.  They also have to be thrown out and be
4  given some real combat experience.  The advantage of putting
5  them on the front lines with the Northern Alliance was that
6  this is relatively close to the training camps.  It's
7  relatively controlled.  We can control the degree to which
8  these people actually get involved in the fighting, but it's
9  enough where they're going to shoot, they're going to shoot
10 real weapons.  They're going to see real enemies and they're
11 not going to be so green when they come back.  And that's
12 exactly what al-Qaeda did.
13         In fact, al-Qaeda, eventually, in September of 2001,
14 delivered the coup de grace to the Northern Alliance by sending
15 two suicide bombers disguised as journalists to meet with Ahmad
16 Shah Massoud, the head of the Northern Alliance.  The two
17 individuals set off a bomb killing Massoud and nearly
18 decapitating the Northern Alliance.
19             THE COURT:  Is this a good place to take our afternoon
20 break?
21             MR. BRUCE:  Certainly, your Honor.
22             THE COURT:  Okay.  We will recess for ten minutes.
23 Don't discuss the case or come to any conclusions about the
24 case.
25             (Recess)
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

941Wkas5                        Kohlmann - direct
1           THE COURT:  I'll see counsel at the side bar, without
2      the reporter.
3           (Discussion off the record)
4           THE COURT:  All right.  Are we all set now?
5           MR. DeMARCO:  Yes, Judge.
6           THE COURT:  Thank you.  You may proceed, Mr. Bruce.
7      Thank you.
8           MR. BRUCE:  Thank you, your Honor.
9      Q.  Mr. Kohlmann, who is Wakil Ahmad Mutawakkil?
10     A.  Wakil Ahmad Mutawakkil was essentially the secretary of
11     state for the Taliban under Mullah Omar, basically prior to
12     9/11.  Shortly after 9/11, Mr. Mutawakkil was apprehended by
13     the Pakistani government and handed over to the United States.
14     But prior to that, because of the fact that the Taliban was
15     only recognized by really two or three governments, Pakistan,
16     the UAE, and Saudi Arabia, they didn't really have a big
17     diplomatic service.  But what they did have was somebody who
18     was stationed in Pakistan who was their roving foreign affairs
19     guy, and that was Wakil Ahmad Mutawakkil.
20     Q.  Earlier you mentioned certain religious clerics.  I want to
21     ask you about certain religious clerics.  First, can you tell
22     us who is Shaykh Omar Abdel Rahman?
23     A.  Shaykh Omar Abdel Rahman is otherwise known as the Blind
24     Shaykh.  He is Egyptian by origin.  He is the founder, the
25     spiritual founder behind the terrorist organization in Egypt
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

94lWkas5                    Kohlmann - direct
1  that is known as the Egyptian Islamic Group, al-Gama
2  al-Islamiyya.  The purpose behind this organization was to
3  establish an Islamic government in Egypt that was responsible
4  for the assassination of Egyptian president Anwar Sadat in
5  1981.  Mr. Rahman eventually left Egypt and came to the United
6  States where he became involved in certain criminal activities.
7  And in 1995, he was convicted of seditious conspiracy here in
8  the Southern District of New York.
9  Q.  Now, what does the title of shaykh mean?
10 A.  Shaykh is an honorific title.  It doesn't have to refer to
11 someone who is religious leader.  It can also be a political
12 leader, for instance, Shaykh Usama bin Laden is the term often
13 used for Bin Laden.  It just means leader.
14         THE COURT:  Can shaykh also be anglicized to be
15 spelled S-H-E-I-K-H?
16         THE WITNESS:  Yes, your Honor.  It can be.  There's a
17 couple, with the transliterations, the spellings can be a
18 little bit different.  But it's always the same word whether
19 it's A-Y or E-I or I-E.
20         THE COURT:  Thank you.
21 BY MR. BRUCE:
22 Q.  Is that true of a lot of Arabic words when you translate
23 them into English that they can be spelled in different ways?
24 A.  It's called transliteration.  What you're doing is taking
25 characters that don't have fundamental English base, and you're
                SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300

737

941Wkas5                    Kohlmann - direct

1  converting them into English-sounding characters.  What that
2  means is that there are a bunch of different ways of making
3  different sounds.  There's O-U or O-O or just an O or just a U,
4  etc., etc.  So sometimes words can be written a little bit
5  differently, but it's all basically the same.  Jihad is
6  sometimes I or an E.
7              THE COURT:  And is it a fact that Usama Bin Laden was
8  first referred to by American intelligence as Usama Bin Laden,
9  UBL, as opposed to Usama bin Laden?
10             THE WITNESS:  That's correct.  I believe the U is
11 actually the preferable spelling, although O is frequently
12 used as well.  I think -- honestly, I'm not even sure if there
13 is a particular standard with regard to the U.S. Government,
14 but there's different spellings, yeah.
15             THE COURT:  Thank you.  Go ahead.
16 BY MR. BRUCE:
17 Q.  Now, in the third bullet, Mr. Kohlmann, you mention a
18 videotape about Shaykh Omar Abdel Rahman by Bin Laden.  Can you
19 explain that?
20 A.  Yes.  The imprisonment of Shaykh Rahman by the United
21 States Government has been a central issue for Usama Bin Laden.
22 In several video recordings, Bin Laden has brought up Shaykh
23 Rahman, and he has referred to him as one of our prisoners,
24 i.e., al-Qaeda's prisoners, being held in Washington.  In 2000,
25 you see that he created a videotape which was eventually
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

94lWkas5                    Kohlmann - direct

1    released to ABC News here in the United States which featured
2    both Bin Laden and one of Shaykh Omar's sons at a training camp
3    in Afghanistan at which time Bin Laden promised that al-Qaeda
4    would move forward and shed blood in the cause of liberating
5    Shaykh Omar.
6              THE COURT:  When you said Washington just now, you
7    meant Washington, D.C.?
8              THE WITNESS:  Washington, D.C.  Correct, yes, your
9    Honor.  Sorry about that.
10   BY MR. BRUCE:
11   Q.  Mr. Kohlmann, Shaykh Faisal al-Jamaiki, first can you tell
12   us where he's from?
13   A.  Shaykh Faisal is originally from Jamaica, and he eventually
14   lived in the United Kingdom.
15   Q.  Can you explain for us who he is, please?
16   A.  Again, a native of Jamaica, he went to study Islam in Saudi
17   Arabia under particular Wahabi clerics, conservative religious
18   clerics.  When he came back from Saudi Arabia, he had a very,
19   very, I would say hard-line interpretation of Islam.  He
20   traveled to the United Kingdom, where he began recruiting
21   people but emphasizing very particularly certain concepts like
22   martyrdom, jihad, in the struggle and physical struggle sense.
23   And eventually he began running into problems with authorities
24   in the United Kingdom because his sermons were calling for the
25   murder of other people in the U.K.  He was convicted of

                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

94lWkas5                    Kohlmann - direct

1   soliciting to murder and served a prison sentence in the U.K.
2   and then was deported back to his home country of Jamaica.
3   Q.  Shaykh Abu Hamza al-Masri, first can you tell us where he's
4   from?
5   A.  Well, again, al-Masri, meaning the Egyptian or from Egypt.
6   Abu Hamza al-Masri, originally from Egypt, he eventually became
7   a citizen of the United Kingdom, a resident of the United
8   Kingdom.  He initially started off as a relatively secular
9   individual.  He was a bar bouncer during the 1980s, a nightclub
10  bouncer.  Eventually, he had a religious conversion.  He
11  traveled to Afghanistan.  He became a big proponent of the
12  mujahideen and of the cause of the mujahideen.  He eventually
13  suffered horrific injuries and no longer could stay in
14  Afghanistan, had to return to the United Kingdom.  Back in the
15  U.K., he became the cleric, the head cleric in London at a
16  mosque known as the Finsbury Park Mosque.
17  Q.  And the title imam, what does that mean?
18  A.  Imam means cleric.  Imam is actually religious.  Imam means
19  cleric.  Yeah.
20  Q.  And you mentioned his injuries.  Could you describe his
21  injuries?
22  A.  Yes.  Abu Hamza lost the use of both of his hands and also
23  he received injuries on his face during an explosion.  He wears
24  hooks in place of hands.  And thus, he's in somewhat of a state
25  of infirmity.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

94lWkas5                    Kohlmann - direct

1   Q.  Now, in the second bullet, Mr. Kohlmann, you refer to an
2   organization in London operated by Abu Hamza called the
3   Supporters of Shariah?
4   A.  Yes.
5   Q.  First can you describe what does shariah mean?
6   A.  Shariah is Islamic law.  So Supporters of Shariah, or Ansar
7   al-Shariah, means the partisans or supporters of Islamic law.
8   Q.  What acronym was that group known by?
9   A.  SOS.
10  Q.  And what was the Supporters of Shariah?
11  A.  Supporters of Shariah was a political organization run by
12  Abu Hamza out of the Finsbury Park Mosque, and the primary
13  purpose of that organization was to encourage others to
14  participate in jihad and to join the mujahideen and support the
15  mujahideen in various different conflict zones, whether in
16  Bosnia-Herzegovina, the Caucasus, Afghanistan, Somalia,
17  wherever jihad is, the idea is that we're going to support it,
18  we're going to speak in favor of it, we're going to raise money
19  for it, we're going to recruit people for it.
20  Q.  You indicate in the second bullet that the Supporters of
21  Shariah publicly stated on their Web site that they support the
22  mujahideen in Afghanistan, Bosnia, Kashmir, is that correct?
23  A.  Yes, including recruiting and aiding front-line soldiers.
24  They wanted to make it clear that this is not some kind of
25  charity organization involved in supporting orphans and widows.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

941Wkas5                          Kohlmann - direct
1    This is about supporting the fighters, make it very, very
2    clear, don't even ask, if you have to ask this is what we do.
3    Q.  What does the term front-line soldiers mean?
4    A.  Well, Again, inferring that it's not just soldiers, it's
5    the people that are at the cutting edge, the people that are
6    shooting the weapons, the people that are firing the mortars,
7    i.e., we're paying for and recruiting people who are at the
8    sharp end of the knife.
9    Q.  We talked about the mujahideen in Afghanistan.  Can you
10   tell us about the mujahideen in Bosnia?
11   A.  Yes.  In approximately 1991, a civil war began breaking out
12   in the former Yugoslavia, in southeastern Europe.  Yugoslavia
13   is made up a of a variety of different ethnic and religious
14   groups, and what ended up happening was that three groups in
15   particular squared off against each other.  You had Croations
16   versus Bosnian Muslims versus Bosnian Serbs.  Each of these
17   sides essentially is fighting amongst either other, but the
18   Croats are in the western half, the Serbs are in the eastern
19   half, and the Muslims are kind of stuck in the middle.  So the
20   Muslims strategically have the worst position, and they are the
21   worst armed and they are the smallest minority.
22       So in the beginning they are suffering pretty badly, and
23   what ends up happening is that the same way that the cause of
24   Afghanistan reaches the outside Muslim world and galvanizes the
25   extremists, this cause does the same thing and you have people

94lWkas5                    Kohlmann - direct
1   around the world who look at this and say, It's my duty to go
2   there and join the jihad and become part of this.  So a group
3   of foreign fighters began traveling to Bosnia-Herzegovina with
4   the idea of recreating what they did in Afghanistan in Bosnia,
5   and that persisted until approximately 1995.
6   Q.  Now, it also references the mujahideen in Kashmir.  First,
7   can you tell us where Kashmir is?
8   A.  Kashmir is a disputed territory which straddles between the
9   borders of India and Pakistan.  It's a small piece of land, but
10  it has tremendous, I guess, philosophical value to both
11  countries and the issue has taken on a very nationalist edge.
12  And as a result, since India and Pakistan first split apart in
13  1949, they've fought many wars over this particular piece of
14  territory.  Part of it is actually also claimed by China.
15      But these various different wars initially pitted the
16  Indian Army versus the Pakistani Army.  However, in 1989, after
17  the Soviet-Afghan War started to fade, a new war broke out in
18  Kashmir and some of the Pakistanis who had been fighting in
19  Afghanistan against the Soviets said, We need to do exactly
20  what the Afghans did and exactly what the Bosnians are doing
21  and we need to do it in Kashmir.  We need to launch a jihad.
22      So what ended up happening was Pakistani Islamists who had
23  fought in the Afghan war alongside Afghans against Communist
24  forces now switched their intent.  Now the battlefield in
25  Afghanistan was closing up, so they shifted their operations
                SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300

743

941Wkas5                    Kohlmann - direct

1   over into nearby Kashmir.  And Kashmir actually is
2   geographically fairly close to where these people were fighting
3   in Afghanistan.  It's only a relatively short distance so it
4   was a quick kind of switch for them.
5   Q.  In the last bullet, Mr. Kohlmann, you reference a speech
6   given by Abu Hamza.  Can you tell us about that public speech?
7   A.  Yes.  After 9/11, Abu Hamza al-Masri began issuing a series
8   of lectures, really, under the title the World Trade Series.
9   These speeches were in reference and regarding the September
10  11, 2001, terrorist attacks on the United States.  In this
11  particular sermon, which was being sold on, out of his book
12  store in the Finsbury Park Mosque and was also available on the
13  Internet, Abu Hamza explained that terrorism is a tool for
14  everybody to get his way, that terrorism is not only something
15  that should be used but it must be used.  And if Muslims go
16  away from terrorism and stop using terrorism as a
17  methodological tool, that they will never achieve success, that
18  they will always be slaves to somebody else.  And so,
19  essentially what he was doing was telling his followers, commit
20  acts of terrorism.
21          (Continued on next page)
22
23
24
25

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

744
```
     94lWkas5                   Kohlmann - direct
 1   94L3KAS6                   Kohlmann - direct
 2   Q.  Now, this Web site this Supporters of Shariah Web site, is
 3   that one of the Web sites you've investigated over the years?
 4   A.  Yes.
 5   Q.  Have you downloaded the content from that Web site?
 6   A.  On several different occasions.
 7   Q.  Have you ever seen any newsletters posted to that Web site?
 8   A.  Yes.
 9   Q.  What was the name of the newsletter that you saw posted to
10   this Supporters of Shariah Web site?
11   A.  One of the newsletters posted on there, perhaps the main
12   one, was known as the al jihad newsletter.
13              MR. BRUCE:  May I approach, your Honor.
14              THE COURT:  Yes.
15              MR. BRUCE:  Handing the witness Government Exhibits 70
16   to 74.
17   Q.  Can you take a look at those please, Mr. Kohlmann.  Do you
18   recognize those documents?
19   A.  Yes, I do.
20   Q.  Can you tell us what they are.
21   A.  These are printed out copies of Al Jihad Magazine.  I
22   believe the exact versions that I recovered, yes.
23   Q.  So these are documents that you actually preserved off the
24   Internet?
25   A.  That's correct, these are ones that I specifically
```

                    94lWkas5                    Kohlmann - direct
 1     downloaded from the SOS Web site.
 2              MR. BRUCE:  The government offers Government Exhibits
 3     70 to 74.
 4              MR. DeMARCO:  No objection.
 5              THE COURT:  Received.
 6              (Government's Exhibits 70-74 received in evidence)
 7     Q.  Mr. Kohlmann, just to give the jury an indication of some
 8     of the types of articles in this newsletter, can you turn to
 9     Government Exhibit 73 and read us three or four of the names of
10     the articles in that news letter.
11     A.  Sure.  The top article is titled Jihad in America.  Imam
12     Jamil al-Maim arrested.  The next article is titled Jihad in
13     Chechnya, the Struggle for Shariah.  The next article is titled
14     Ruling By Man-Made Law.  A book review.
15     Q.  I want to turn now, Mr. Kohlmann, away from al Qaeda to
16     talk about two or three other organizations.
17              First are you familiar with an organization known as
18     Lashkar-e-Taiba?
19     A.  Yes.
20     Q.  Can you explain for jury that what Lashkar-e-Taiba is?
21     A.  Yes.  Lashkar-e-Taiba means Army of the Pure.  It was one
22     of these organizations that began in the late 1980s in
23     Afghanistan.  It was Pakistanis as opposed to Afghans.
24     Pakistani Islamists that were interested in fighting in the
25     jihad there.  However, in 1989 they saw what was going on in
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

941Wkas5                        Kohlmann - direct
1   Kashmir.  And they said, look, we're Pakistani, this is exactly
2   the same cause we've been fighting here.  It's just against the
3   Indians instead of the Soviets.  We should be responsible for
4   this.
5           So Lashkar-e-Taiba switched its focus from Afghanistan
6   to being Kashmir.  Since then, Lashkar has waged a I guess
7   you'd call it a covert or subterranean war against the Indian
8   government, both inside of Kashmir, and then in addition to
9   that, Lashkar has also launched terrorist attacks against
10  targets inside of India, including the cities of New Delhi and
11  Mumbai.
12  Q.  What is the ultimate goal of the Lashkar-e-Taiba
13  organization?
14  A.  Well, technically Lashkar's goal is it to take over
15  Kashmir.  But according to Lashkar, they insist that's just
16  phase one.  And their real goal is first to destroy India and
17  to move on to other infidel targets, particularly Israel.
18  Q.  Is Lashkar known as an acronym?
19  A.  LET.
20  Q.  How does LET train its recruits?
21  A.  In a very similar style to al Qaeda.  Lashkar, much like al
22  Qaeda, runs training camps.  It runs training camps both in
23  Pakistan, in Pakistani controlled Kashmir, and also, used to
24  anyway, in Afghanistan.  The camps are open camps, used to be
25  that almost anyone could get to them.  And at the camps

94lWkas5                    Kohlmann - direct
1   trainees would be given basic calisthenic exercises, they would
2   be shown how to use automatic weapons, they would be shown
3   basic urban warfare tactics, basic tactics in the field to
4   confront Indian forces.  Even up to the level of building your
5   own drone aircraft.
6   Q.  Does the group known as Lashkar-e-Taiba have any links or
7   affiliation with al Qaeda?
8   A.  Yes.
9   Q.  Can you explain.
10  A.  First of all, immediately after the September 11 terrorist
11  attacks on the United States, within days, Lashkar-e-Taiba
12  issued numerous statements on behalf of its senior leadership
13  indicating explicitly that it supported the Taliban and Usama
14  Bin Laden and al Qaeda.  There was no -- there shouldn't be any
15  confusion about it.
16          But beyond, that Lashkar has also provided al Qaeda
17  with western recruits.  I've interviewed one, and there have
18  been others.  For instance, the Australian kangaroo skinner who
19  was recently returned to Australia, was recruited by
20  Lashkar-e-Taiba and was handed over to al Qaeda by Lashkar.
21  Q.  The image on this slide, next to the first bullet, can you
22  explain what that image is.
23  A.  Yes.  That's a Lashkar propaganda poster that I recovered.
24  You can actually see at the top left the black and white flag
25  with the sword on it, that's the official Lashkar flag.  Then

748

941Wkas5                      Kohlmann - direct
1   directly to the right of the flag you see the official Lashkar
2   dagger, and the dagger is the decapitating the U.S. capitol
3   building.  And then the American flag is in flames while it is
4   being trampled by a Lashkar storm trooper.  In Urdu it says "We
5   make a war with America," essentially.
6   Q.  I want to turn to the next group listed here.  Hezbollah.
7   Are you familiar with that organization?
8   A.  Yes.
9   Q.  First of all, where is that group generally located?
10  A.  Hezbollah is primarily located in the Bekaa Valley of South
11  Lebanon.
12  Q.  What does that word mean, Hezbollah?
13  A.  Hezbollah, it means the party of God.
14  Q.  Has Hezbollah ever targeted U.S. interests?
15  A.  Yes.
16  Q.  Can you explain?
17  A.  In 1983, Hezbollah carried out the single most deadly
18  terrorist attack against United States nationals prior to 9/11.
19  The bombing of the U.S. Marine barracks in Beirut, Lebanon.  It
20  killed 283 Americans.
21  Q.  I want to ask you about a group that's not depicted here.
22  Tablighi Jamaat.  Are you familiar with that organization?
23  A.  Yes.
24  Q.  Is that strictly speaking a terrorist organization?
25  A.  No.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

749

941Wkas5                          Kohlmann - direct
1    Q.  Can you describe what type of organization that is.
2    A.  Tablighi is a missionary organization.  An Islamic
3    missionary organization.  Now, it's basically known, it is
4    majorly known for organizing very, very large religious
5    conferences in Pakistan where you get thousands and thousands
6    of people who all come together in order to celebrate their
7    beliefs.
8            Tablighis in general are non-political.  They are
9    conservative.  They have conservative religious beliefs.  Their
10   religious practices are the same as salafis, but they shun
11   religion.  The issue is Tablighi conferences are good places if
12   you are looking to recruit people for a political cause,
13   because you have people already who have the right religious
14   mentality.  So you only have to convince them of the political
15   end.  They already know the religious practices, they already
16   have the same basic religious beliefs.  It is the methodology
17   that's the disagreement.
18   Q.  Is the Tablighi Jamaat group ever utilized by terrorist
19   organizations for any purposes?
20   A.  Well number one, try to recruit people.  Even more
21   importantly because of the fact that Tablighis often have these
22   big conferences in places like Pakistan and you get thousands
23   of people from all over the world, strange corners of the
24   world, coming to Pakistan for these meetings, and you've got
25   thousands people in this area, it's impossible to surveil,
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

750

941Wkas5                        Kohlmann - direct

1  basically it is a great excuse to go to Pakistan, it is a great
2  way to get lost.  And people basically can't track you or find
3  you.  It is a good way to have a meeting with someone.  If you
4  have a meeting with someone in the middle of a Tablighi
5  conference, nobody is going to know about it.  It is not really
6  conceivable to try to do surveillance inside of a Tablighi
7  conference.
8  Q.  We talked about LET training camps.  I want to go back now
9  to talk about al Qaeda training camps.  Prior to September 11,
10 where and how did al Qaeda train its recruits?
11 A.  Well, al Qaeda's primary set of training camps were based
12 in mostly in Afghanistan.  Southern Afghanistan.  The idea here
13 was that in order to get people ready to go, we need to school
14 them in the arts again.  We are dealing with a lot of people
15 who have never been on a battlefield before.  First we need to
16 get them here and give them basic training.
17              Obviously al Qaeda doesn't call people on the phone.
18 Like I said, they don't call people out of the phone book.
19 They wait until people get the idea to go there, to go to the
20 camps.  When people show up in Pakistan looking to become part
21 of the jihad, looking to become part of al Qaeda, they reach a
22 guest house.
23 Q.  What's a guest house?
24 A.  In Arabic, it's madafa, it's a guest house.  When you first
25 get off the plane in a place like Karachi or Islamabad, you

94lWkas5                    Kohlmann - direct

 1  need to go somewhere where they can evaluate whether or not you
 2  would make a good fighter.  There are guest houses or hostels
 3  which are run by sympathetic individuals.  People that are
 4  connected with the Taliban, but not at a senior level, at a
 5  more junior level.  It is their job to take people in, bring in
 6  recruits, to take their passports, to have them fill out a data
 7  form, to take their money, to take their belongings.  And the
 8  idea is that you wait there and you hand over all your stuff,
 9  and whenever they are ready to send you on to the next post,
10  you are either stuffed in a cab or you are put on the back of a
11  mule or you are put in a car, they drive you over the border
12  into Afghanistan to another guest house.
13          Once you reach that guest house, you are waiting for a
14  spot at a training camp.  Once a spot at a training camp opens
15  up, you are sent from the guest house inside Afghanistan to get
16  training.
17  Q.  A few more questions about the guest houses.  First, what
18  is the benefit to al Qaeda of using the guest houses?
19  A.  Well, again, al Qaeda isn't able to vet people before they
20  get to Pakistan for the most part.  It is not available to vet
21  whether or not someone would make a good fighter.  Before
22  anyone reaches a training camp, number one, you want to make
23  sure it's not a spy.  It is not someone from the CIA.  Number
24  two, you want to make sure this guy is not an invalid.  He will
25  be able to run the exercises, he will be able to fire a weapon,

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

752
94lWkas5                          Kohlmann - direct

1    and he has the right ideological commitment.
2              Other thing is that passports are a very, very
3    important thing here.  Number one, by taking away the passport
4    from someone coming into a guest house, it means that they
5    can't simply give up and go home.  They have to come back
6    through the guest to get their passport or they are not going
7    home.  Which means it is much more difficult for someone to run
8    away from the camp and say, oh, this is too difficult, I don't
9    like this, this is not what I signed up for.
10             Even more importantly than that, not everyone who went
11   to the guest houses ever came back.  Meaning some people went
12   to the front lines in Afghanistan and died there.  Now, if they
13   had died with their passports on them, those passports would
14   have been lost.  But these passports are a valuable commodity
15   for al Qaeda.  They can be used and reused again for other
16   people along with whatever cash these people are holding on
17   them.
18             So the idea is, look, keep your passport here, keep
19   your money here, keep your belongings here --
20   Q.  You say "here"?
21   A.  At the guest house.  You don't need them in Afghanistan.
22   They can only hinder you in Afghanistan.  And they can be of
23   great benefit to us if you don't come back.  That's exactly
24   what happens.  That's almost the pattern almost exclusively
25   every single time.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

94lWkas5                    Kohlmann - direct

1   Q.  After a potential trainee entered Afghanistan and was
2   placed at one of the training camps, what type of training
3   would they receive?
4   A.  Well, it would depend on how they were and what camp they
5   went to and what the length of the training session was.
6   Certain camps specialized in certain things.  Every camp
7   basically had the beginner lesson which was running,
8   calisthenics, AK-47, the basics.  Beyond there, particular
9   camps had instructors that specialized in particular things.
10  This Egyptian named Abu Mohammed al-Masri.  He was an expert in
11  explosives at the Jihad Wall camp.  If you wanted to get really
12  good explosives training, you might go to Jihad Wall to go
13  visit Abu Mohammed and learn from him.
14          At the same time there was the Al-Farouq camp which
15  was in southern Afghanistan, which was al Qaeda's main camp.
16  It was known as the camp of Sheikh Bin Laden.  If you wanted to
17  get philosophical sessions one on one with Bin Laden, if you
18  wanted to learn directly from al Qaeda core operatives, that's
19  a good place to go.
20          It really depended where you wanted to go, yeah.
21  Q.  Generally speaking, what was the range of how long the
22  training sessions at these camps would last?
23  A.  Again, it depended what was being taught.  It would range
24  anywhere from a week to two weeks, all the way up to about 45
25  days.

941Wkas5                        Kohlmann - direct
1    Q.  How important were these training camps to al Qaeda?
2    A.  Again, it's absolutely essential.  It is the same thing
3    like asking what would happen if al Qaeda didn't have recruits.
4    If it didn't have camps, there wouldn't be terrorists.  There
5    would be a bunch of people with no training.
6           That's been al Qaeda's biggest problem, is that having
7    a secure place from which to train people.  And it's been one
8    of the biggest problems al Qaeda has had since 9/11, in that
9    most of its training camps no longer exist.
10   Q.  Are there actual classes and schedules at the training
11   camps?
12   A.  Yes.  Yeah.  They tried making this into being very much
13   the University of Jihad.  The idea was relatively structured
14   courses on various different subjects.  You wake up at
15   9 o'clock, do morning prayers, then you go out running, then
16   you practice on a AK-47, then you have lunch, then you have a
17   philosophical or ideological session.  Then you might have a
18   discussion about what kind of targets to go after.  There might
19   be an explosives course.  Then there is afternoon prayers.
20          It is laid out very carefully.  Because the idea is
21   they want you to study this the same way that you would study
22   at law school or medical school and achieve that level of
23   proficiency, if possible.
24   Q.  Were there any written materials used at the training
25   camps?

941Wkas5                          Kohlmann - direct

1   A.  Yes.  In addition to some of the recruits writing down
2   their own notes, in addition, al Qaeda created terrorist
3   training manuals, with the idea being that, look, you are
4   probably not going to be able to build a giant bomb at home
5   with no experience.  But, if you've been to a training camp and
6   you know the basics about doing this, here is a refresher
7   course.  So that just in case you forgot one piece of the
8   ingredient or one piece of the recipe, you can keep it and
9   refresh yourself back at home when you are not at the camp.
10  Q.  If we could turn now to this slide, Mr. Kohlmann.  You
11  mentioned this camp before, the Al-Farouq training camp?
12  A.  Yes.
13  Q.  Tell us a little more about the Al-Farouq training camp
14  was.
15  A.  It was actually in two locations.  Initially it was near
16  Khost in Southeastern Afghanistan until 1998 when it was struck
17  by U.S. Tomahawk missiles, at which point it moved to the
18  location you see here which is near Kandahar.
19          It was al Qaeda's main training camp.  It was known by
20  trainees unofficially as the Camp of Sheikh Bin Laden, because
21  of the fact that Bin Laden used to visit the camp on a weekly
22  basis to give speeches to trainees, in order to pick out people
23  who he thought were very promising, in order to surveil what
24  was going on.  It was also al Qaeda's largest camp.  It was the
25  longest running camp.

941Wkas5                         Kohlmann - direct
1    Q.  Generally what kinds of things were taught at this camp?
2    A.  This camp specialized in almost everything.  Everything
3    from basic calisthenic exercises, to AK-47s, to explosives,
4    shoulder fired surface-to-air missile launchers, anti-aircraft
5    guns, urban warfare, you name it, it they taught it.
6    Q.  Are these actual pictures from the Al-Farouq training camp?
7    A.  Yeah, yes, they are.
8    Q.  Can you, starting in the top-right-hand corner, can you
9    briefly go clockwise through these pictures and tell us what
10   the men are doing in these pictures.
11   A.  Sure.  The top right image you see there is a class of
12   recruits at the Al-Farouq camp practicing crawling on the
13   ground with a weapon in their hands.  You can actually see at
14   the very far right of the image there is an instructor who is
15   standing up, who is watching over them and shouting advice and
16   orders to them.
17          At the very bottom right you see the same class of
18   recruits engaged in calisthenics on the daily run through the
19   Al-Farouq camp.
20          Immediately to the left, the very bottom middle you
21   see recruits at the Al-Farouq camp holding up their AK-47s and
22   cheering and celebrating for the camera.
23   Q.  Tell us a little more about the AK-47s.  What kind of
24   weapon is that?
25   A.  An AK-47, it is a Kalashnikov.  It is probably the most
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

757

94lWkas5                    Kohlmann - direct
1    common automatic weapon available in the world.  It is Russian
2    built, although the Chinese and Pakistanis and others have
3    built copies of this.  It is very reliable.  It's available in
4    huge supply, particularly in Afghanistan and Pakistan.  And it
5    also has a bit of a panache as being the weapon of insurgents.
6    Q.  The bottom-left-hand corner, who is in that photo?
7    A.  The bottom-left-hand corner you see the back of an
8    individual.  That is 9/11 hijacker Saeed al-Ghamdi.  This is
9    Mr. al-Ghamdi practicing on a Dishka anti-aircraft weapon at
10   the Al-Farouq camp.
11   Q.  The last photograph on the top left?
12   A.  At the very top left, this is again the class of recruits
13   at the Al-Farouq camp.  Here they are marching in order
14   carrying the flag.  Again, the idea that they are trying to
15   instill some professional skills in the people that are
16   learning this.  This is not just fun and games.
17   Q.  The next slide, Tarnak Farms Training Camp.  Can you tell
18   us about that training camp, where it was located?
19   A.  Tarnak Farms was located on the outskirts of Kandahar
20   International Airport in Southern Afghanistan.  Tarnak was a
21   training camp slash a leadership compound.  It was a place
22   where Bin Laden, Dr. Ayman al-Zawahiri and others would gather
23   for meetings.  And they would also use it to train people, and
24   to groom people for particularly operations.
25             Tarnak is best known actually for having a 10-foot
                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

758

94lWkas5                    Kohlmann - direct
1   wall that surround the entire facility.  You can actually see
2   on satellite photos the wall surrounding the buildings, and
3   also on the stills from the video, that wall in the background.
4          Again, you see the fighters in the bottom they are
5   doing calisthenics.  There's also explosives exercises that
6   were going on in this video.  There was a variety of different
7   training, very similar to Al-Farouq.
8   Q.  The next camp I want to ask you about is the Derunta
9   Training Complex.  Can you tell us about that complex.  Again,
10  first, where it was located?
11  A.  Well, Derunta was actual a complex as opposed to a camp.
12  It was a group of small camps that were all kind of grouped
13  together in one place.  Derunta is a town.  It is near a dam
14  called Derunta Dam in Eastern Afghanistan near the city of
15  Jalalabad.
16         This was again a complex of small camps run by
17  particular people.  The camps here included a camp run by a guy
18  named Abu Musab al-Suri, a Syrian.  You had Abu Khabab al-Masri
19  camp, the chem bio guy.  You can see his camp was at the bottom
20  there.  There were fighters from both other Afghan factions.
21  Again, it was a few different people, but the idea is that you
22  can go there and you can got a few different kinds of training
23  all on one basic geographic area.
24  Q.  The three camps in the last three slides that we saw, do
25  they still exist today?
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

94lWkas5                        Kohlmann - direct

1   A.  No.
2   Q.  Have there been training camps outside of Afghanistan?
3   A.  Yes.
4   Q.  Let's start on the left-hand side of this slide.  Can you
5   tell us what -- first of all, where those photographs were
6   taken?
7   A.  Yes.  Well, the photographs in this slide period, the
8   photographs on -- the two photographs in the very far left were
9   taken in the United Kingdom.  The one in the top center was
10  also in the United Kingdom, near Manchester.  The one in the
11  center bottom is in Ontario province, Canada.  And then the top
12  right and the bottom right images -- correct -- are also both
13  from Ontario, Canada.
14  Q.  Let's start on the left.  What's the man who is
15  photographed in that photo doing?
16  A.  He is demonstrating to other would-be trainees at a
17  makeshift terrorist training camp about how to crouch down with
18  a weapon so you don't get your face shot off in combat.
19  Q.  Where are those photographs taken from?
20  A.  They were actually part of a cell phone video.  One of the
21  people who attended this camp recorded this lesson on his cell
22  phone.  The video was later seized by British police.  These
23  are still images from that cell phone video.
24  Q.  Did any of the individuals who were present there ever
25  attempt to travel to jihad?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

760
941Wkas5                    Kohlmann - direct

1   A.  Yes.
2   Q.  Can you tell us about that.
3   A.  Yes.  Several individuals, at least one of the individuals
4   tried to go to Somalia via Uganda.  He was stopped when British
5   police searched his bag and discovered camouflage gear inside
6   that was marked with the name soldier of Allah on the back of
7   it, and it was apparently his intent to go to Somalia and
8   commit a martyrdom operation.
9   Q.  The photos you indicated were from Canada, what were the
10  members doing in those photographs?
11  A.  They were practicing a number of different things.  First
12  of all you see in the bottom middle the same kind of
13  calisthenic exercises, running through the snow, basic
14  calisthenics.  Top right you see a group of them practicing
15  with a revolver.  And then bottom right is sniper tactics with
16  a rifle.
17  Q.  Did the Canadian authorities investigate the men in that
18  group?
19  A.  Yes, they did.
20  Q.  Did that investigation reveal whether any of these men went
21  on for jihad training elsewhere?
22  A.  Yeah.  At least two of the individuals involved in this
23  training camp went for additional training at camps in Pakistan
24  run by the groups known as Jaish-e-Mohammed and
25  Lashkar-e-Taiba.

94lWkas5                      Kohlmann - direct

1  Q.  The next slide.  Has training similar to this ever been
2  conducted in the United States?
3  A.  Yes.
4  Q.  Can you tell us approximately when these photographs were
5  taken on this slide?
6  A.  These photographs were taken in 1989 and 1990 right here in
7  Long Island.
8  Q.  What town?
9  A.  Calverton.
10 Q.  Can you tell us about the activities that were being
11 conducted as depicted in those photographs?
12 A.  Yes.  Arab Afghans, in other words, Arab fighters who had
13 fought in Afghanistan, decided that they wanted to organize a
14 makeshift terrorist training course in order to refresh people
15 who might consider going for jihad in Afghanistan and
16 eventually Bosnia Herzegovina.  In doing so, they gathered
17 together a group of these individuals and they brought them out
18 to Calverton to practice firing automatic weapons.
19         The individual in the top right slide you see who is
20 standing on one leg with crutches, the reason that he's
21 standing on one leg is because he was badly injured in fighting
22 in Afghanistan.  There is another individual --
23 Q.  What is his name?
24 A.  Oh, excuse me.  His complete name is Rodney Clement
25 Hampton-El.

94lWkas5                    Kohlmann - direct

1    Q.  How do you know his name?
2    A.  He has been convicted in U.S. federal court I believe.  But
3    he was a very, very well-known American mujahid.  An American
4    convert to Islam, who decided to fight in Afghanistan.  Who was
5    actually quite famous.  When he returned injured from the
6    battlefield he even made the local news here in New York.
7    Q.  The individuals in upper-left-hand corner, do you recognize
8    any of those individuals?
9    A.  Yes.  I believe the individual at very far left in the
10   color photograph the top left with red hair should be Mahmud
11   Abu Halima.
12   Q.  How do you recognize him?
13   A.  Because of his red hair it's very distinguishable.
14   Q.  Who is he?
15   A.  Abu Halima is one of the conspirators responsible for the
16   1993 World Trade Center bombing.
17   Q.  Did any of the men who were training in Long Island ever go
18   for additional training outside of the United States?
19   A.  Yes.  Rodney Clement Hampton-El who you see organizing this
20   camp here, in 1993, organized an additional series of camps
21   that began here in the United States, in rural Pennsylvania.
22   And then moved into a second stage in Bosnia Herzegovina.  At
23   that point, a group of individuals primarily from right here in
24   New York and New Jersey left the United States and traveled to
25   Bosnia Herzegovina in order to put on a training camp in

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

94lWkas5                          Kohlmann - direct
1   Bosnia.  And people who trained at that camp were actually
2   later interviewed by the Associated Press.
3   Q.  I want to shift gears for a minute, Mr. Kohlmann, and talk
4   about some of the tools that you use when you do investigations
5   of computers as we've discussed this morning.
6           First, can you tell us are you familiar with a term
7   called Internet protocol address?
8   A.  Yes.
9   Q.  Is there a shorter version of that name?
10  A.  Yes.  IP.
11  Q.  Can you tell us what an Internet protocol or IP address is?
12  A.  An IP address is kind of like your phone number on the
13  Internet.  It is a unique number that's assigned to you.  And
14  this is how data knows how to reach your computer, and it's how
15  other computer knows that the data reaching them is coming from
16  your computer.  It's like your address on the Internet.
17  Q.  Can you describe for us what that series of numbers looks
18  like.
19  A.  Yeah.  It's, generally speaking, an IP address is comprised
20  of four banks of numbers one to three digits in length, divided
21  by periods or decimal points.
22  Q.  If you know an IP address, are there ways to look up and
23  see where that IP address resolves to or is assigned to?
24  A.  Yeah, there's two different ways.  Number one, you can do a
25  who is search.  In other words, you can search to see who owns

764

94lWkas5                        Kohlmann - direct
1    the IP address or who is leasing the IP address.
2              You can also do what's known as a trace route.  Which
3    literally traces the route that data takes to go from your
4    computer to wherever the computer that is owned by or is
5    controlled by this IP address.  So tells you physically
6    geographically where that data is traveling to.
7    Q.  I want to ask you about two Web sites and tell us if you
8    are a familiar with them.  The first is www.Arin.net.
9    A.  Yes.
10   Q.  What is that?
11   A.  Arin.net is the Web site of the American Registry of
12   Internet Numbers.  It is for all intents and purposes the AT&T
13   of IP addresses here inside the United States.  If you want to
14   find out who owns or who leases a particular IP address, in
15   other words, like a hosting provider, like Time Warner, if you
16   want to find out does Time Warner own this, you go to Arin and
17   Arin will tell you who owns this IP address.
18   Q.  The second one is www.ripe.net.
19   A.  Ripe is Registry of Internet Protocol addresses in Europe.
20   It is the same thing as Arin, it just applies to Europe.
21   Q.  Are there also similar databases available on the Internet
22   for other locations?
23   A.  Yes, there's APnic for Asia Pacific, there is one for
24   Africa, there is one for South America.  Each kind of continent
25   has its own organization, kind of transnational organization
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

94lWkas5                    Kohlmann - direct

1    responsible for administering and keeping the records, the
2    database of those IP addresses and who they belong to.
3    Q.  If you were investigating an IP address and you found out
4    that it resolved to an Internet service provider outside of the
5    United States, are there additional steps you would have to
6    take to try and track that down?
7    A.  Well, there is one obvious step that you could take.  You
8    could approach the Internet service provider itself, and you
9    could ask them to turn over their internal service logs.
10   Because if you have an IP address, and you have a particular
11   date and a particular time, what the service provider can do is
12   look up in their own internal system log and see, okay, we're a
13   hosting provider, and we were providing access to these
14   different people at this time and this particular moment, and
15   at that particular moment this IP address was assigned to this
16   user, who is this name and this credit card.  But unless you go
17   to the hosting provider, the service provider, that's the only
18   way to do it.
19   Q.  I want to ask you about a different computer technique.
20   Are you familiar with something called the way back machine?
21   A.  Yes.
22   Q.  What is that?
23   A.  The Internet way back machine, otherwise known as the
24   Internet archive, which is available at www.archive.org, is a
25   Web project that has existed since about 1994 or '95.  The idea

766

94lWkas5                        Kohlmann - direct
1   behind this project is they take Web sites and they create
2   archived copies of them.  So that in the future, if a Web site
3   goes offline or just you want to see what a Web site looked
4   like on a particular date in time, you can actually go into the
5   way back machine.  It's like jumping in a time machine for Web
6   sites.  It can bring you back and you can see Web sites that
7   are no longer online that are 100 percent different nowadays.
8   But the point is you can get a peek into what something looked
9   like on the Internet for a specific time period.
10  Q.  Have you used the way back machine in connection with your
11  work on this case?
12  A.  Yes.
13  Q.  I want to ask you about yet another technique or term I
14  should say.  Have you heard of something called slack space?
15  A.  Yes.
16  Q.  Can you tell us what slack space is?
17  A.  Yes.  When you use a computer or when someone uses a
18  computer over time, they build up a database of files on the
19  hard drive, on the storage unit of the computer.  After a
20  while, bits and pieces of this data, you delete them.  What
21  ends up happening is in your hard drive there are little holes
22  where there used to be data and now it's been deleted.  But the
23  thing is that until those holes are filled with new data, until
24  your computer decides to put new data in those holes, there are
25  still bits and pieces of what used to be there, which are still
                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

94lWkas5                    Kohlmann - direct
1   stored in that empty space, that slack space.
2           So if you have the right forensic tools, you can
3   actually go back into a hard drive and you can recover bits and
4   pieces of files that have been deleted, but which hasn't yet
5   been overwritten with new data.
6   Q.  When you were giving that answer, you were referring to
7   files that a user might have actually saved on their computer,
8   correct?
9   A.  Right, right.
10  Q.  Could you investigate slack space and also find out what
11  type of Web sites a person was looking at from their slack
12  space?
13  A.  Yeah.  Essentially what happens is that if you use a Web
14  browser like Internet Explorer or Firefox or Safari, any of
15  these Web browsers, what these Web browsers do is create a
16  cache of temporary Internet files on your computer.  All the
17  recent Web sites you visited, the computer automatically
18  creates a cache of the different sites and whatnot.  The
19  purpose of that being the computer thinks if you are going to
20  be visiting this site very often, let me keep copies of these
21  different images so it loads up faster the next time.  It's
22  trying to make it easier for you.
23          But the thing is that those records, those temporary
24  files are sometimes left in your hard drive for months, years,
25  even decades.  And what can end up happening is that even if
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

94lWkas5                    Kohlmann - direct

1  they get complete deleted, if that isn't overwritten with other
2  data, then still in the slack space you still got bits and
3  pieces of temporary files that your computer was saving.  You
4  can see bits and pieces of what that person was visiting on the
5  Internet.
6  Q.  You've described it as bits and pieces.  Does it always
7  look like a perfect image like you saw it on the Internet in
8  the first place?
9  A.  No, no.  Again, you'll see -- it will be a -- they are very
10 likely to be a little garbled, you will have a little
11 gobbledygook here and there.  There will be pieces of it which
12 are clearly readable, clearly legible, and are clearly part of
13 an original file.  It just depends how much of the slack space
14 has been overwritten versus how much of the slack space is
15 relatively preserved.
16         THE COURT:  I think, Mr. Bruce, the jury has had a
17 long day.  We started at 10 o'clock.  I think we've gone far
18 enough this afternoon.
19         Now, if you could come tomorrow morning at about 10 to
20 10.  Mr. Ryan will be there with a lunch order for you.  As I
21 told you, lunch will be delivered.  You will be finished
22 tomorrow afternoon at 2 o'clock.  And you will be finished for
23 the week tomorrow at 2 o'clock.
24         Thank you very much.  Safe home.  Don't discuss the
25 case or come to any conclusions concerning the case.  You are

769
94lWkas5                    Kohlmann - direct
1    excused.
2              Thank you very much, Mr. Kohlmann.  You did speak nice
3    and slow for the court reporter.
4              THE WITNESS:  Thank you, your Honor.
5              THE COURT:  You are excused.
6              THE WITNESS:  Thank you.
7              (Jury excused)
8              (witness excused)
9              THE COURT:  Thank you, gentlemen.  Thank you,
10   marshals.
11             (At the side bar; discussion off the record)
12             (Adjourned until May 22, 2009, at 10 a.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

770

```
 1                     INDEX OF EXAMINATION
 2    Examination of:                        Page
 3    EVAN F. KOHLMANN
 4    Direct By Mr. Bruce  . . . . . . . . . . .  690
 5                     GOVERNMENT EXHIBITS
 6    Exhibit No.                            Received
 7     50-68, 57T, 68T, 7    . . . . . . . . . .  713
 8     70-74  . . . . . . . . . . . . . . . .  745
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```