```
USDC SDNY
DOC #
DATE FILED: 12/20/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :        ORDER OF RESTITUTION

    -v.-                         :        S3 07 Cr. 115 (AKH)

ABDUL TAWALA IBN ALISHTARI,     :

             Defendant.       :

- - - - - - - - - - - - - - - - - -X

    WHEREAS, ABDUL TAWALA IBN ALISHTARI, the defendant, was charged in information S3 07 Cr. 115 (AKH), with two counts, including an attempt to finance terrorism (Count One) and a conspiracy to commit wire fraud (Count Two);

    WHEREAS, on September 29, 2009, ABDUL TAWALA IBN ALISHTARI, the defendant, pleaded guilty to Counts One and Two;

    WHEREAS, Count Two related to the defendant's fraudulent acquisition and use of funds that were raised in a purported investment program;

    WHEREAS, on April 19, 2010, ABDUL TAWALA IBN ALISHTARI, the defendant, was sentenced and ordered to pay restitution;

    NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

    1.   ABDUL TAWALA IBN ALISHTARI, the defendant, pursuant to 18 U.S.C. § 3663A(a)(1), 3663A(c)(1)(A)(ii), 3664(f)(1)(A), and 3664(f)(2) shall pay restitution to each of the victims identified in Exhibit A (Restitution Victim List) in the amount of their loss described in Exhibit A.

2. All payments from the defendant's assets shall be distributed pro rata, based on the proportion of each victim's loss to the total losses incurred by victims identified in Exhibit A.

3. The Court shall retain jurisdiction over this matter to issue such further orders as may be necessary to effect restitution to the victims of the offense in this case.

Dated:   New York, New York
         December 20, 2010

                                    SO ORDERED:

                                    _____
                                    HONORABLE ALVIN K. HELLERSTEIN
                                    UNITED STATES DISTRICT JUDGE