Abdul Tawala Ibn Ali Alishtari         4         50928 - Joseph J. Lombardo
Docket Number: 0208 1:07CR00115

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 11/5/18

**THE COURT ORDERS:**

☑ Court Orders supervision to terminate as scheduled on November 26, 2018

or

U.S. Probation Officer is directed to:

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other:

_____
Signature of Judicial Officer

11-5-18
Date

PROB 12A
(4/15)